UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION
www.flmb.uscourts.gov

In re:                                                                    Case No. 2:23-bk-00373-FMD

H2O Investment Properties, LLC,                          Chapter 11

      Debtor.
_____/

## STATEMENT OF DOCUMENT UNAVAILABILITY

I, Ronald G. Sapp, have personal knowledge of the facts and matters discussed in this statement ("Statement") and, pursuant to section 1116(1)(B) of Title 11 of the United States Code ("Bankruptcy Code"), make this Statement under penalty of perjury for H2O Investment Properties, LLC, the above-captioned debtor and debtor in possession ("Debtor"):

1. I am over the age of Eighteen (18) years, and the facts and matters addressed in this Statement are based on my personal knowledge. I am the Debtor's Manager.

2. No balance sheet, statement of operations, or cash-flow statement has been prepared, and no Federal tax return has been filed by the Debtor. Accordingly, no such documents are available to file pursuant to Bankruptcy Code section 1116(1)(A).

3. Pursuant to 28 U.S.C. § 1746, I state under penalty of perjury that the foregoing is true and correct.

**Dated**: April 17, 2021                                            Respectfully submitted,

                                                         **RONALD G. SAPP**

                                                         By: /s/ Ronald G. Sapp
                                                         RONALD G. SAPP
                                                         *Manager*
                                                         *H2O Investment Properties, LLC*
                                                         *Debtor and Debtor in Possession*

|  |  |
|---|---|
|  | *Filer's Attestation: Pursuant to Local Rule 1001-2(g)(3) regarding signatures, Michael Dal Lago attests that concurrence in the filing of this paper has been obtained* |
| **Dated**: April 17, 2023 | Respectfully submitted,<br><br>**DAL LAGO LAW**<br>999 Vanderbilt Beach Road<br>Suite 200<br>Naples, FL 34108<br>Telephone: (239) 571-6877<br><br>By: */s/ Michael R. Dal Lago*<br>MICHAEL R. DAL LAGO<br>Florida Bar No. 102185<br>Email: mike@dallagolaw.com<br>CHRISTIAN GARRETT HAMAN<br>Florida Bar No. 1017079<br>Email: chaman@dallagolaw.com<br>JENNIFER M. DUFFY<br>Florida Bar No. 1028911<br>Email: jduffy@dallagolaw.com<br><br>*Proposed Counsel for*<br>*H2O Investment Properties, LLC,*<br>*Debtor and Debtor in Possession* |

## CERTIFICATE OF SERVICE

I CERTIFY that a true and correct copy of the foregoing shall be electronically served through the Court's CM/ECF Noticing system upon entry to all parties registered for service this 17th day of April 2023.

/s/Michael R. Dal Lago
MICHAEL R. DAL LAGO
Florida Bar No. 102185