**[Doddos]** [District Order Denying, Disapproving, Overruling, or Striking]

ORDERED.

Dated: May 23, 2023

*Caryl E. Delano*
Caryl E. Delano
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION
www.flmb.uscourts.gov

In re:  

H2O Investment Properties LLC

_____Debtor*_____/

Case No.
2:23−bk−00373−FMD
Chapter 11

### ORDER DENYING MOTION FOR RELIEF FROM STAY

THIS CASE came on for consideration, without hearing, of the Motion for Relief from Stay filed by LVS Title Trust XIV , Doc. # 33 . After review, the Court determines that the motion is deficient as follows:

> Service upon the Parties in Interest List, defined by Local Rule 1007−2 a current mailing matrix obtained from the Clerk of Court is not indicated. Local Rule 9013−3(e).

Accordingly it is

**ORDERED:**

> The motion is denied to allow movant to file an amended motion. No additional filing fee will be assessed for the filing of any amended motion filed for the purpose of correcting the noted deficiency.

The Clerk's Office is directed to serve a copy of this order on interested parties.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.