UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

In Re:                                                         Case No: 2:23-bk-00373-FMD
                                                                          Chapter 11

H2O Investment Properties LLC,

     Debtor.
_____/

### AMENDED[1] MOTION FOR RELIEF FROM AUTOMATIC STAY
(Re: 909 SW Schaeffer Rd., West Linn, OR 97068)

COMES NOW, UMB Bank, National Association, not in its individual capacity but solely as legal title trustee of LVS Title Trust XIV ("Movant"), by and through the undersigned attorney, moves this Court for relief from the automatic stay of 11 U.S.C. § 362(a), Fed. R. Bankr. P. Rules 4001, 9014, and respectfully represents as follows:

1. On or about April 2, 2023, H2O Investment Properties LLC (the "Debtor") filed a Voluntary Petition in this Court under Chapter 11 of the United States Bankruptcy Code.

2. The Debtor owns certain real property known as 909 SW Schaeffer Rd., West Linn, OR 97068 (the "Property").

3. Movant's interest in the Property is evidenced by a Fixed/Adjustable Rate Note (the "Note") dated September 24, 2018, in the original principal amount of $1,125,000.00, and executed by Mark R. Obenstine (the "Borrower") and delivered to Movant. A copy of the Note is attached hereto as **Exhibit "A"**.

4. Pursuant to that certain Deed of Trust, dated September 24, 2018, all obligations of the Borrower under and with respect to the Note and the Deed of Trust are secured by the Property. A true and correct copy of the Deed of Trust is attached hereto as **Exhibit "B"**.

---

[1] Amended to include the current mailing matrix obtained from the Clerk of Court.

5. The legal description of the Property is:

**A TRACT OF LAND SITUATED IN THE SOUTHEAST ONE-QUARTER OF SECTION 4, TOWNSHIP 3 SOUTH, RANGE 1 EAST OF THE WILLAMETTE MERIDIAN, IN THE COUNTY OF CLACKAMAS AND STATE OF OREGON, BEING A PORTION OF LOT 15, HILLS OF HOME, BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS:**

**BEGINNING AT A 5/8-INCH IRON ROD ON THE EAST LINE OF LOT 15, HILLS OF HOME, WHICH BEARS NORTH 00 DEGREES 32'40" WEST 337.86 FEET FROM A 3/4-INCH IRON PIPE AT THE SOUTHEAST CORNER OF SAID LOT 15, SAID SOUTHEAST CORNER BEING A CENTERLINE ANGLE POINT OF SCHAEFFER ROAD (COUNTY ROAD NO. 200); THENCE LEAVING SAID EAST LINE OF LOT 15, SOUTH 77 DEGREES 47'01" WEST 142.96 FEET TO A 5/8-INCH IRON ROD; THENCE SOUTH 00 DEGREES 32'40" EAST, PARALLEL WITH SAID EAST LINE OF LOT 15, A DISTANCE OF 315.50 FEET TO A 5/8-INCH IRON ROD ON THE NORTHERLY RIGHT-OF-WAY LINE OF SAID SCHAEFFER ROAD; THENCE SOUTH 74 DEGREES 24'39" WEST, ALONG SAID RIGHT-OF-WAY LINE, 73.46 FEET TO AN ANGLE POINT THEREON; THENCE CONTINUING ALONG SAID RIGHT-OF-WAY LINE, NORTH 78 DEGREES 13'47" WEST 265.49 FEET TO THE SOUTHWEST CORNER OF THAT CERTAIN TRACT OF LAND DESCRIBED IN FEE NO. 79-15123; THENCE LEAVING SAID RIGHT-OF-WAY LINE OF SCHAEFFER ROAD, NORTH 12 DEGREES 56'52" EAST 93.74 FEET TO A 1/2-INCH IRON PIPE; THENCE NORTH 38 DEGREES 21'09" EAST 147.06 FEET TO A 3/4-INCH IRON PIPE; THENCE NORTH 34 DEGREES 36'58" EAST 119.82 FEET; THENCE NORTH 39 DEGREES 36'58" EAST 228.22 FEET; THENCE NORTH 54 DEGREES 09'58" EAST 114.98 FEET TO A 3/4-INCH SQUARE BOLT ON THE NORTHEASTERLY LINE OF LOT 15, HILLS OF HOME; THENCE SOUTH 42 DEGREES 32'02" EAST, ALONG SAID NORTHEASTERLY LINE, 68.86 FEET TO THE NORTHEAST CORNER OF SAID LOT 15; THENCE SOUTH 00 DEGREES 32'40" EAST, ALONG SAID EAST LINE, 186.36 FEET TO THE POINT OF BEGINNING.**

6. A nonparty to the foreclosure, H2O Investment Properties LLC (the "Debtor"), is the current owner of the Property. Please see Bargain and Sale Deeds attached hereto as **Exhibit "C"**.

7. Citadel Servicing Corporation services the underlying mortgage loan and note. In the event the automatic stay in this case is modified, this case dismisses, and/or the Debtor obtains a discharge and a foreclosure action is commenced on the Property, the foreclosure will be conducted in the name of Movant. The Note is either made payable to Movant or has been duly endorsed. Movant is the original mortgagee or beneficiary or the assignee of the Deed of Trust.

8. As of May 12, 2023, the total outstanding amount of obligations is $1,433,872.50. Please see attached **Exhibit "D"**.

9. The following chart sets forth the number and amount of payments due and owing to Movant pursuant to the terms of the Note:

| # of Missed Payments | From | To | Monthly Payment Amount | Total Missed Payments |
|---|---|---|---|---|
| 41 | 12/01/2019 | 04/01/2023 | $8,667.28 | $355,358.48 |
| 01 | 05/01/2023 | 05/01/2023 | $9,507.26 | $9,507.26 |

**Total: $364,865.74**

10. Movant is entitled to relief from the automatic stay under 11 U.S.C. § 362(d):

   a. Movant lacks adequate protection of its interest in the Property encumbered by the Note and Deed of Trust because the Borrower has ceased paying their obligation, since December 1, 2019, and such default is causing a steady increase in indebtedness owed to Movant.

11. In addition to the other amounts due to Movant reflected in this Motion, as of the date hereof, in connection with seeking the relief requested in this Motion, Movant has also incurred $1,050.00 in legal fees and $188.00 in costs.

12.     Once the stay is terminated, the Debtor will have minimal motivation to insure, preserve, or protect the collateral. Therefore, Movant requests that the Court waive the 14-day stay imposed by Fed. R. Bankr. P. 4001(a)(3).

**WHEREFORE**, Movant prays that this Court issue an Order terminating or modifying the stay and granting the following:

1.      Relief from the stay allowing Movant (and its successors and/or assigns) to proceed under applicable non-bankruptcy law to enforce its remedies to foreclose upon and obtain possession of the Property.

2.      That the Order be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

3.      That the 14-day stay described by Bankruptcy Rule 4001(a)(3) be waived, during which period Debtor(s) may have minimal motivation to insure, preserve or protect the Property.

4.      Award attorneys' fees and cost of up to $1,238.00 which were incurred in filing this motion.

5.      For such other relief as the Court deems proper.

                Respectfully submitted,

                /s/ Lindsey Savastano, Esq.
                Lindsey Savastano, Esq.
                Florida Bar No. 57079
                GREENSPOON MARDER LLP
                100 West Cypress Creek Rd., Suite 700
                Fort Lauderdale, FL 33309
                Tel: (954)491-1120
                Fax: (954)343-6982
                Email: Lindsey.Savastano@gmlaw.com

<u>**CERTIFICATE OF SERVICE**</u>

  **I HEREBY CERTIFY** that on this 23rd day of May, 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice to the following CM/ECF participants and to all creditors on the attached mailing matrix, either electronically and/or via US Mail.

*Debtor*
**H2O Investment Properties LLC**
999 Vanderbilt Beach Road, Suite 200
Naples, FL 34108

*Attorneys for Debtor*
**Michael R Dal Lago**
**Christian G Haman**
**Jennifer M Duffy**
999 Vanderbilt Beach Road, Suite 200
Naples, FL 34108

*Trustee*
**Michael C Markham**
401 E. Jackson Street, Ste 3100
Tampa, FL 33602

*U.S. Trustee*
**United States Trustee - FTM**
Timberlake Annex, Suite 1200
501 E. Polk Street
Tampa, FL 33602

*U.S. Trustees Attorney*
**Benjamin E. Lambers**
Timberlake Annex
501 E. Polk Street, Suite 1200
Tampa, FL 33602

                /s/ Lindsey Savastano, Esq.
                Lindsey Savastano, Esq.
                Florida Bar No. 57079
                GREENSPOON MARDER LLP
                100 West Cypress Creek Rd., Suite 700
                Fort Lauderdale, FL 33309
                Tel: (954)491-1120
                Fax: (954)343-6982
                Email: Lindsey.Savastano@gmlaw.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-2<br>Case 2:23-bk-00373-FMD<br>Middle District of Florida<br>Ft. Myers<br>Tue May 23 14:17:20 EDT 2023 | H2O Investment Properties LLC<br>999 Vanderbilt Beach Road<br>Suite 200<br>Naples, FL 34108-3512 | UMB Bank, National Association, not in its i<br>Greenspoon Marder LLP<br>c/o Lindsey Savastano, Esq.<br>100 West Cypress Creek Rd., Suite 700<br>Fort Lauderdale, FL 33309-2195 |
| Arbor Village Homeowners Assoc<br>13106 SE 240th St Ste 200<br>Kent, WA 98031-9212 | Brilliant Homes LLC<br>4035 SE 52ND AVE STE A<br>Portland, OR 97206-3913 | Citadel Servicing Corp<br>15707 Rockfield Blvd, Ste 320<br>Irvine, CA 92618-2874 |
| Citadel Servicing Corp<br>3220 El-Camino Real<br>Irvine, CA 92602-1377 | Citadel Servicing Corporation<br>3 Ada Parkway, Suite 200A<br>Irvine, CA 92618-2322 | City of Oregon City<br>625 Center Street<br>Oregon City, OR 97045-2253 |
| Clackamas County Service District<br>Water / Sewer Dept<br>150 Beavercreek Road #430<br>Oregon City, OR 97045-4302 | Clackamas County Tax Collector<br>Real Estate taxes<br>2051 Kaen Rd<br>Oregon City, OR 97045-4035 | DJ Property Solutions, LLC<br>1609 Blue Quail Lane<br>College Station, TX 77845-6113 |
| Deem Realty Funding Inc<br>11623 Zingelmann Rd<br>Galveston, TX 77554-9449 | Department of Revenue<br>PO Box 6668<br>Tallahassee FL 32314-6668 | Greenspoon Marder LLP<br>c/o Trustee Corps<br>17100 Gillette Avenue<br>Irvine, CA 92614-5603 |
| Gretchen Pan & Zianghua 'Ed' Pan<br>c/o Troy G. Sexton, Esq.<br>117 SW Taylor, Ste 300<br>Portland, OR 97204-3029 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Loan Processing Servicing Corp<br>19528 Ventura Blvd , #502<br>Tarzana, CA 91356-2917 |
| (p)OREGON STATE CREDIT UNION<br>PO BOX 306<br>CORVALLIS OR 97339-0306 | Planet Home Lending<br>321 Research Pkwy #303<br>Meriden, CT 06450-8342 | Quality Loan Service Corp of Washington<br>108 1st Ave S, Seattle<br>Seattle, WA 98104-2538 |
| Shell Point Mortgage Services<br>2100 E Elliot Rd, Ste A<br>Tempe , AZ 85284-1806 | Trustee Corps<br>606 W. Gowe Street<br>Kent, WA 98032-5744 | UMB Bank, National Association<br>c/o Lindsey Savastano, Esq.<br>100 West Cypress Creek Rd., Suite 700<br>Fort Lauderdale, FL 33309-2195 |
| Umpqua Bank<br>707 West Main St<br>PO Box 2224<br>Spokane , WA 99210-2224 | Benjamin E. Lambers +<br>Timberlake Annex<br>501 E. Polk Street, Suite 1200<br>Tampa, FL 33602-3945 | United States Trustee - FTM +<br>Timberlake Annex, Suite 1200<br>501 E. Polk Street<br>Tampa, FL 33602-3949 |
| Lindsey A Savastano +<br>Greenspoon Marder LLP<br>Trade Centre South<br>100 West Cypress Creek Road<br>Ste 700<br>Fort Lauderdale, FL 33309-2195 | Michael R Dal Lago +<br>999 Vanderbilt Beach Road, Suite 200<br>Naples, FL 34108-3512 | Melbalynn Fisher +<br>Ghidotti & Berger LLP<br>1031 North Miami Beach Boulevard<br>North Miami Beach, FL 33162-3842 |

| | | |
|---|---|---|
| Christian G Haman + | Jennifer M Duffy + | Michael C Markham + |
| Dal Lago Law | Dal Lago Law | 401 E. Jackson Street |
| 999 Vanderbilt Beach Road, Suite 200 | 999 Vanderbilt Beach Road, Suite 200 | Ste 3100 |
| Naples, FL 34108-3512 | Naples, FL 34108-3512 | Tampa, FL 33602-5228 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Oregon State Credit Union
PO Box 306
Corvallis, OR 97339

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u) BCMB1 Trust | (d)Deem Realty Funding Inc.<br>11623 Zingelmann Rd<br>Galveston, TX 77554-9449 | (u)Jennifer Sirrine |

| | |
|---|---|
| (u)Naples Business Suites LLC<br>Concierge Executive Offices<br>999 Vanderbilt Beach Road, Ste 200 | End of Label Matrix<br>Mailable recipients   32<br>Bypassed recipients    4<br>Total                 36 |