# EXHIBIT C

File No.: 22-417930 -2

| Grantor |
|---|
| Mark R. Obenstine |

| Grantee |
|---|
| Brilliant Homes, LLC |

| After recording return to |
|---|
| Brilliant Homes, LLC<br>17600 Pacific Hwy, Suite 338<br>Marylhurst, OR 97036 |

| Until requested, all tax statements shall be sent to |
|---|
| Brilliant Homes, LLC<br>same as above |

Tax Acct No(s): 31E04D 00700, 00754375

Clackamas County Official Records
Sherry Hall, County Clerk

**2022-052960**

09/30/2022 12:04:03 PM

D-D   Cnt=1 Stn=53 TIFFANY
$15.00 $16.00 $10.00 $62.00

$103.00

Reserved for Recorder's Use

WFG Title 22-417930-2 LO

## STATUTORY BARGAIN AND SALE DEED

Mark R. Obenstine, Grantor, conveys to Brilliant Homes, LLC, an Oregon limited liability company, Grantee, the real property described in the attached Exhibit A.

The true consideration for this conveyance is **$40,000.00 plus assumption of debt**. (Here comply with requirements of ORS 93.030)

BEFORE SIGNING OR ACCEPTING THIS INSTRUMENT, THE PERSON TRANSFERRING FEE TITLE SHOULD INQUIRE ABOUT THE PERSON'S RIGHTS, IF ANY, UNDER ORS 195.300, 195.301 AND 195.305 TO 195.336 AND SECTIONS 5 TO 11, CHAPTER 424, OREGON LAWS 2007, SECTIONS 2 TO 9 AND 17, CHAPTER 855, OREGON LAWS 2009, AND SECTIONS 2 TO 7, CHAPTER 8, OREGON LAWS 2010. THIS INSTRUMENT DOES NOT ALLOW USE OF THE PROPERTY DESCRIBED IN THIS INSTRUMENT IN VIOLATION OF APPLICABLE LAND USE LAWS AND REGULATIONS. BEFORE SIGNING OR ACCEPTING THIS INSTRUMENT, THE PERSON ACQUIRING FEE TITLE TO THE PROPERTY SHOULD CHECK WITH THE APPROPRIATE CITY OR COUNTY PLANNING DEPARTMENT TO VERIFY THAT THE UNIT OF LAND BEING TRANSFERRED IS A LAWFULLY ESTABLISHED LOT OR PARCEL, AS DEFINED IN ORS 92.010 OR 215.010, TO VERIFY THE APPROVED USES OF THE LOT OR PARCEL, TO DETERMINE ANY LIMITS ON LAWSUITS AGAINST FARMING OR FOREST PRACTICES, AS DEFINED IN ORS 30.930, AND TO INQUIRE ABOUT THE RIGHTS OF NEIGHBORING PROPERTY OWNERS, IF ANY, UNDER ORS 195.300, 195.301 AND 195.305 TO 195.336 AND SECTIONS 5 TO 11, CHAPTER 424, OREGON LAWS 2007, SECTIONS 2 TO 9 AND 17, CHAPTER 855, OREGON LAWS 2009 AND SECTIONS 2 TO 7, CHAPTER 8, OREGON LAWS 2010.

Executed this 24 day of August, 2022.

_____
Mark R. Obenstine

STATE OF OREGON
COUNTY OF CLACKAMAS

This instrument was acknowledged before me this 24 day of August, 2022 by Mark R. Obenstine.

_____
Notary Public for Oregon
My Commission Expires: 1/21/24

OFFICIAL STAMP
MARY ANN HUGHES
NOTARY PUBLIC - OREGON
COMMISSION NO. 995460
MY COMMISSION EXPIRES JANUARY 21, 2024

_____
Mark R. Obenstein

STATE OF _____
COUNTY OF _____

This instrument was acknowledged before me this ____ day of August, 2022 by Mark R. Obenstein.

_____
Notary Public for _____
My Commission Expires: _____

## EXHIBIT "A"
## LEGAL DESCRIPTION

A tract of land situated in the Southeast one-quarter of Section 4, Township 3 South, Range 1 East of the Willamette Meridian, in the County of Clackamas and State of Oregon, being a portion of Lot 15, Hills of Home, being more particularly described as follows:

BEGINNING at a 5/8-inch iron rod on the East line of Lot 15, Hills of Home, which bears North 00°32'40" West 337.86 feet from a 3/4-inch iron pipe at the Southeast corner of said Lot 15, said Southeast corner being a centerline angle point of Schaeffer Road (County Road No. 200); thence leaving said East line of Lot 15, South 77°47'01" West 142.96 feet to a 5/8-inch iron rod; thence South 00°32'40" East, parallel with said East line of Lot 15, a distance of 315.50 feet to a 5/8-inch iron rod on the Northerly right-of-way line of said Schaeffer Road; thence South 74°24'39" West, along said right-of-way line, 73.46 feet to an angle point thereon; thence continuing along said right-of-way line, North 78°13'47" West 265.49 feet to the Southwest corner of that certain tract of land
described in Fee No. 79-15123; thence leaving said right-of-way line of Schaeffer Road, North 12°56'52" East 93.74 feet to a 1/2-inch iron pipe; thence North 38°21'09" East 147.06 feet to a 3/4-inch iron pipe; thence North 34°36'58" East 119.82 feet; thence North 39°36'58" East 228.22 feet; thence North 54°09'58" East 114.98 feet to a 3/4-inch square bolt on the Northeasterly line of Lot 15, Hills of Home; thence South 42°32'02" East, along said Northeasterly line, 68.86 feet to the Northeast corner of said Lot 15; thence South 00°32'40" East, along said East line, 186.36 feet to the point of beginning.

Clackamas County Official Records
Catherine McMullen, County Clerk

**2023-001040**



$108.00

0260475320230001040004 0045

01/11/2023 02:40:16 PM

D-D           Cnt=1 Stn=9 COUNTER1
$20.00 $16.00 $62.00 $10.00

4P
108

After recording, return to:
H20 Investment Properties, LLC
999 Vanderbilt Beach Rd.
Suite 200
Naples, FL 34108  c/o Ronald Sapp

Until a change is requested,
all tax statements should be sent to:
H2O Investment Properties, LLC
999 Vanderbilt Beach Rd, Suite 200
Naples, FL 34108

## BARGAIN AND SALE DEED
Under ORS 93.860

The grantor,
Brilliant Homes, LLC an Oregon Limited Liabililty Company
17600 Pacific Hwy Suite 338
Marylhurst OR 97036

CONVEYS to the grantee,
H2O Investment Properties, LLC a Florida Limited Liability Company
999 Vanderbilt Beach Rd, Suite 200
Naples, FL 34108



the following described real property:
A tract of land situated in the Southeast one-quarter of Section 4, Township 3 South, Range 1 East of the Willamette Meridian, in the County of Clackamas and State of Oregon, being a portion of Lot 15, Hills of Home

And commonly known as: 909 SW Schaeffer Rd West Linn OR 97068
Parcel ID: 00754375
The true and actual consideration this conveyance is $2000
Plus assumption of Debt

Deeds.com Uniform Conveyancing Blanks

Source of Title:
Bargain and sale deed from Mark R. Obenstine to Brilliant Homes, LLC an Oregon Limited Liablility Company in Clackamas County on 9/30/2022.

This conveyance is made subject to:
Easments, restrictions, and rights away appearing of record or enforceable in law and equity and general property taxes for the year 2023 and thereafter.

BEFORE SIGNING OR ACCEPTING THIS INSTRUMENT, THE PERSON TRANSFERRING FEE TITLE SHOULD INQUIRE ABOUT THE PERSON'S RIGHTS, IF ANY, UNDER ORS 195.300, 195.301, AND 195.305 TO 195.336 AND SECTIONS 5 TO 11, CHAPTER 424 OREGON LAWS 2007, SECTIONS 2 TO 9 AND 17, CHAPTERS 885, OREGON LAWS 2009, AND SECTIONS 2 TO 7, CHAPTER 8, OREGON LAWS 2010. THIS INSTRUMENT DOES NOT ALLOW USE OF THE PROPERTY DESCRIBED IN THIS INSTRUMENT IN VIOLATION OF APPLICABLE LAND USE LAWS AND REGULATIONS. BEFORE SIGNING OR ACCEPTING THIS INSTRUMENT, THE PERSON ACQUIRING FEE TITLE TO THE PROPERTY SHOULD CHECK WITH THE APPROPRIATE CITY OR COUNTY PLANNING DEPARTMENT TO VERIFY THAT THE UNIT OF LAND BEING TRANSFERRED IS A LAWFULLY ESTABLISHED LOT, OR PARCEL, AS DEFINED IN ORS 92.010 OR 215.010, TO VERIFY APPROVED USES OF THE LOT OR PARCEL, TO DETERMINE ANY LIMITS ON LAWSUITS AGAINST FARMING OR FOREST PRACTICES, AS DEFINED IN ORS 30.930, AND TO INQUIRE ABOUT THE RIGHTS OF NEIGHBORING PROPERTY OWNERS, IF ANY, UNDER ORS 195.300, 195.301 TO 195.336 AND SECTIONS 5 TO 11, CHAPTER 424 OREGON LAWS 2007, SECTIONS 2 TO 9 AND 17, CHAPTERS 885, OREGON LAWS 2009, AND SECTIONS 2 TO 7, CHAPTER 8, OREGON LAWS 2010.

:IAL S
SAH E
JBLIC
ION N
ES JU

IN WITNESS WHEREOF, the grantor has signed and sealed these presents this day of 11th Jan, 2023

Signature: _[signed]_
Print Name: Ronald Sapp
Capacity: CEO Brilliant Homes LLC

Signature: _[signed]_
Print Name: Ronald Sapp
Capacity: CEO H2o Investment Properties, LLC

Signature: _____
Print Name: _____
Capacity: _____

Signature: _____
Print Name: _____
Capacity: _____

*Construe all terms with the appropriate gender and quantity required by the sense of this deed.*

STATE OF Oregon
COUNTY OF Washington

On this 11th day of Jan, 2023, before me, Notary Public in and for said state, personally appeared Ronald Sapp, CEO of Brilliant Homes LLC, and CEO of H2o Investment Properties LLC, identified to be the person whose name is subscribed to the within instrument, and who acknowledged to me ✓ freely executed the same.

Signature: _[signed]_
Print Name: Allyssah Brown
Title: Notary Public
My Commission Expires: 06/21/2025

OFFICIAL STAMP
ALLYSSAH BROWN
NOTARY PUBLIC - OREGON
COMMISSION NO. 1013748
MY COMMISSION EXPIRES JUNE 21, 2025

# EXHIBIT " A "  LEGAL DESCRIPTION

Exhibit A

A tract of land situated in the Southeast one-quarter of Section 4, Township 3 South, Range 1 East of the Willamette Meridian, in the County of Clackamas and State of Oregon, being a portion of Lot 15, Hills of Home, being more particularly described as follows:

BEGINNING at a 5/8-inch iron rod on the East line of Lot 15, Hills of Home, which bears North 00°32'40" West 337.86 feet from a 3/4-inch iron pipe at the Southeast corner of said Lot 15, said Southeast corner being a centerline angle point of Schaeffer Road (County Road No. 200); thence leaving said East line of Lot 15, South 77°47'01" West 142.96 feet to a 5/8-inch iron rod; thence South 00°32'40" East, parallel with said East line of Lot 15, a distance of 315.50 feet to a 5/8-inch iron rod on the Northerly right-of-way line of said Schaeffer Road; thence South 74°24'39" West, along said right-of-way line, 73.46 feet to an angle point thereon; thence continuing along said right-of-way line, North 78°13'47" West 265.49 feet to the Southwest corner of that certain tract of land described in Fee No. 79-15123; thence leaving said right-of-way line of Schaeffer Road, North 12°56'52" East 93.74 feet to a 1/2-inch iron pipe; thence North 38°21'09" East 147.06 feet to a 3/4-inch iron pipe; thence North 34°36'58" East 119.82 feet; thence North 39°36'58" East 228.22 feet; thence North 54°09'58" East 114.98 feet to a 3/4-inch square bolt on the Northeasterly line of Lot 15, Hills of Home; thence South 42°32'02" East, along said Northeasterly line, 68.86 feet to the Northeast corner of said Lot 15; thence South 00°32'40" East, along said East line, 186.36 feet to the point of beginning.