# EXHIBIT D



May 12, 2023

Mark R.  Obenstine
909 SW Schaeffer RD
West Linn OR  97068

Payoff figures have been requested on the loan for the borrower and property described below.

Loan ID: ███████████
Mark R. Obenstine
909 Southwest Schaeffer Road
West Linn, OR    97068
Loan Type: Conventional

When remitting funds, please use our loan number to insure proper posting and provide us with the borrower's forwarding address.  Funds received in this office after 12:00 noon will be processed on the next business day, with interest charged to that date.

All payoff figures are subject to clearance of funds in transit.  The payoff is subject to final audit when presented.  Any overpayment or refunds will be mailed directly to the borrower.  We will prepare the release of our interest in the property after all funds have cleared.

| **Projected Payoff Date** | **5/12/2023** |
|---|---|
| Principal Balance | $1,108,161.14 |
| Interest To 5/12/2023 | $210,228.56 |
| Fees | $19,913.13 |
| Prepayment Penalty | $0.00 |
| Release Fees | $0.00 |
| Funds owed by borrower | $95,569.67 |
| Funds owed to borrower | $0.00 |
| | |
| **Total Payoff** | **$1,433,872.50** |
| Per diem | $163.16 |

The next payment due is 12/1/2019. Payments are made by Billing on a Monthly basis. The current interest rate is 5.37400% and the P & I payment is 6,298.98.  The taxes are next due 10/1/2023.

**PLEASE CALL THE NUMBER LISTED BELOW TO UPDATE FIGURES PRIOR TO REMITTING FUNDS AS THEY ARE SUBJECT TO CHANGE WITHOUT NOTICE.**

Citadel Servicing Corporation

3 Ada Parkway, Suite 200A

Irvine, CA  92618
(949) 900-6630
(888) 800-7661
(949) 538-1001   Fax

CSC PO.rpt
5/12/2023



**Mark R. Obenstine  -  Loan ID #**▮▮▮▮▮▮▮▮

## FEE DETAILS

| Description | Amount |
|---|---|
| FC Fees & Cost | $7,630.08 |
| Late Charge Payment | $12,283.05 |
| | **$19,913.13** |

CSC PO.rpt
5/12/2023