[Dntcosth] [NOTICE AND ORDER SCHEDULING PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY]

ORDERED.

**Dated: May 25, 2023**

*Caryl E. Delano*
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION
www.flmb.uscourts.gov

In re:

Case No.
2:23-bk-00373-FMD
Chapter 11

H2O Investment Properties LLC

_____Debtor*_____/

NOTICE AND ORDER SCHEDULING PRELIMINARY HEARING ON
MOTION FOR RELIEF FROM STAY

NOTICE IS GIVEN that the preliminary hearing on the motion for relief from the automatic stay imposed by 11 U.S.C. § 362(a) filed by UMB Bank, National Association, not in its individual capacity but solely as legal title trustee of LVS Title Trust XIV (Document No. 35) (the "Motion") will be held on June 20, 2023, at 02:00 PM in Room 4-102, Hearing Room, United States Courthouse, 2110 First St., Fort Myers, FL 33901. Accordingly, it is

**ORDERED**:

1. The automatic stay shall remain in effect until further order of the Court.

2. The deadlines under 11 U.S.C. § 362(e)(1) and (2) are extended to the date of the preliminary hearing.

3. The Court may continue the hearing upon announcement made in open court without further notice.

4. If you oppose the relief sought in the Motion, you must appear at the hearing or your objections or defenses may be deemed waived.

5. Unless otherwise notified, Judge Delano will conduct all Fort Myers' hearings by Zoom from Courtroom 9A, Tampa, and will enter a separate Order Establishing Procedures for Video Hearings. Parties may attend the hearing by telephone, by Zoom, or in-person in Courtroom 9A. Parties appearing by telephone must arrange a telephonic appearance through Court Call (866-582-6878) by 5:00 p.m. the business day preceding the hearing. UNLESS INSTRUCTED OTHERWISE, PARTIES MAY NOT APPEAR IN PERSON IN THE FORT MYERS COURTHOUSE.

      6. <u>Avoid delays.</u> A photo ID is required for entry into the Courthouse. Local Rule 5073–1 restricts the entry of cellular telephones and, except in Orlando, computers into the Courthouse absent a specific order of authorization issued beforehand by the presiding judge, a valid Florida Bar identification card, or *pro hac vice* order.

Lindsey Savastano is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a Proof of Service within 3 days of entry of the order.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.