United States Bankruptcy Court
Middle District of Florida

In re:  Case No. 23-00373-FMD
H2O Investment Properties LLC  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 113A-2      User: admin      Page 1 of 2
Date Rcvd: May 23, 2023      Form ID: Doddos      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol  Definition**
+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 25, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | H2O Investment Properties LLC, 999 Vanderbilt Beach Road, Suite 200, Naples, FL 34108-3512 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 25, 2023      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 23, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Benjamin E. Lambers | on behalf of U.S. Trustee United States Trustee - FTM Ben.E.Lambers@usdoj.gov |
| Christian G Haman | on behalf of Debtor H2O Investment Properties LLC chaman@dallagolaw.com kim@dallagolaw.com,fvazquez@dallagolaw.com |
| Jennifer M Duffy | on behalf of Debtor H2O Investment Properties LLC jduffy@dallagolaw.com kim@dallagolaw.com,fvazquez@dallagolaw.com |
| Lindsey A Savastano | on behalf of Creditor UMB Bank National Association, not in its individual capacity but solely as legal title trustee of LVS Title Trust XIV Lindsey.Savastano@gmlaw.com, michelle.torres@gmlaw.com |
| Melbalynn Fisher | on behalf of Creditor BCMB1 Trust mfisher@ghidottiberger.com bknotifications@ghidottiberger.com |
| Michael C Markham | mikem@jpfirm.com MinervaG@jpfirm.com;cmcm11@trustesolutions.net |

District/off: 113A-2 | User: admin | Page 2 of 2
Date Rcvd: May 23, 2023 | Form ID: Doddos | Total Noticed: 1

Michael R Dal Lago   on behalf of Debtor H2O Investment Properties LLC mike@dallagolaw.com kim@dallagolaw.com,fvazquez@dallagolaw.com

United States Trustee - FTM   USTPRegion21.TP.ECF@USDOJ.GOV

TOTAL: 8

**[Doddos]** [District Order Denying, Disapproving, Overruling, or Striking]

ORDERED.

**Dated: May 23, 2023**

*Caryl E. Delano*
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION
www.flmb.uscourts.gov

In re:  Case No.
 2:23−bk−00373−FMD
 Chapter 11

H2O Investment Properties LLC

_____Debtor*_____/

### ORDER DENYING MOTION FOR RELIEF FROM STAY

THIS CASE came on for consideration, without hearing, of the Motion for Relief from Stay filed by LVS Title Trust XIV , Doc. # 33 . After review, the Court determines that the motion is deficient as follows:

Service upon the Parties in Interest List, defined by Local Rule 1007−2 a current mailing matrix obtained from the Clerk of Court is not indicated. Local Rule 9013−3(e).

Accordingly it is

**ORDERED:**

The motion is denied to allow movant to file an amended motion. No additional filing fee will be assessed for the filing of any amended motion filed for the purpose of correcting the noted deficiency.

The Clerk's Office is directed to serve a copy of this order on interested parties.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.