**[Doddos]** [District Order Denying, Disapproving, Overruling, or Striking]

ORDERED.

**Dated: July 13, 2023**

*Caryl E. Delano*
Caryl E. Delano
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION
www.flmb.uscourts.gov

In re:                                                                Case No.
2:23–bk–00373–FMD
Chapter 11

H2O Investment Properties LLC

        Debtor*       /

### *ORDER DENYING MOTION TO DETERMINE SECURED STATUS/VALUE OF BCMB1 TRUST AND TO STRIP LIEN*

THIS CASE came on for consideration, without hearing, of the Motion to Determine Secured Status/Value of BCMB1 Trust and to Strip Lien filed by Debtor , Doc. # 62 . After review, the Court determines that the motion is deficient as follows:

The Motion does not contain the redacted loan number.

Accordingly it is

***ORDERED:***

The motion is denied to allow movant to file an amended motion.

The Clerk's Office is directed to serve a copy of this order on interested parties.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.