UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION
www.flmb.uscourts.gov

In re:                                                          Case No. 2:23-bk-00373-FMD
                                                                Chapter 11
H2O Investment Properties, LLC,

          Debtor.
_____/

**MOTION TO: (I) DETERMINE SECURED STATUS OF
CLAIM BY CITY OF OREGON CITY; AND (II) VOID LIEN**

<table>
<tr><td>

**NOTICE OF OPPORTUNITY TO
OBJECT AND REQUEST FOR HEARING**

If you object to the relief requested in this paper you must file a response with the Clerk of Court at Sam Gibbons United States Courthouse, 801 N. Florida Avenue, Suite 555, Tampa, Florida 33602-3899 within thirty (30) days from the date of the attached proof of service, plus an additional three (3) days if this paper was served on any party by U.S. Mail.

If you file and serve a response within the time permitted, the Court will either notify you of a hearing date or the Court will consider the response and grant or deny the relief requested in this paper without a hearing. If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, and the Court may grant or deny the relief requested without further notice or hearing.

You should read these papers carefully and discuss them with your attorney if you have one. If the paper is an objection to your claim in this bankruptcy case, your claim may be reduced, modified, or eliminated if you do not timely file and serve a response.

</td></tr>
</table>

H2O Investment Properties, LLC, the above-captioned debtor and debtor in possession ("Debtor"), by and through the undersigned legal counsel, pursuant to section 506(a)(1) of Title 11 of the United States Code ("Bankruptcy Code"), rule 3012 of the Federal Rules of Bankruptcy Procedure (each a "Bankruptcy Rule" and, jointly and collectively, the "Bankruptcy Rules"), and Local Rule 3012-1, files this Motion to: (I) Determine Secured Status of Claim by City of

Oregon City; and (II) Void Lien ("Motion") and, as grounds therefor, respectfully states as follows:

## JURISDICTION

1. The United States District Court for the Middle District of Florida ("Court") is the proper venue for the above-captioned Chapter 11 bankruptcy case (this "Case") pursuant to 28 U.S.C. § 89(b), 1408(1), and 1409. The Court's Fort Myers Division is the appropriate place to hold court under Local Rule 1071-1(b)(4).

2. Consideration of the Motion is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A), (K). The statutory predicates for the relief requested herein include Bankruptcy Code section 506(a)(1), Bankruptcy Rule 3012, and Local Rule 3012-1.

## BACKGROUND

3. On April 2, 2023 (the "Petition Date"), the Debtor filed its voluntary petition for small business debtor reorganizational relief under Chapter 11, Subchapter V of the Bankruptcy Code.

4. The Debtor owns that certain real property described as follows:

> **Lot 2, Buck's Landing, in the City of Wilsonville, County of Clackamas and State of Oregon as recorded in Plat Book 120, Page 8, of the Public Records of Clackamas County, Oregon.**

(the "Wilsonville Property").

5. A July 6, 2023 appraisal of the Wilsonville Property (the "Appraisal") valuated the Wilsonville Property at eight hundred eighty-five thousand and 00/100 dollars ($885,000.00). A true and correct copy of the Appraisal is attached as Exhibit "A".

6.    The first priority lien against the Wilsonville Property is held by Shell Point Mortgage Services[1] ("Shell Point"). The Debtor scheduled Shell Point as holding a claim totaling One Million Fifty Thousand Six Hundred and 00/100 Dollars ($1,050,600.00) secured by the Wilsonville Property (the "Shell Point Lien"). The Shell Point Lien was recorded on February 7, 2007 and bears Recording No. 2007-010909. The Shell Point Lien is associated with the loan number ending 1917.

7.    The second priority lien against the Wilsonville Property is held by Planet Home Lending, LLC, as Servicer for BCMB1 Trust ("BCMB1"). BCMB1 timely filed Proof of Claim No. 2 (the "BCMB1 Claim"), asserting a claim totaling Four Hundred Two Thousand Nine Hundred Eighty-Seven and 00/100 Dollars ($402,987.00) secured by the Wilsonville Property (the "BCMB1 Lien"). The BCMB1 Lien was recorded on February 7, 2007 (but after the Shell Point Lien), and bears Recording No. 2007-010910. The BCMB1 Lien is associated with the loan number ending 3404.

8.    The third and fourth priority liens against the Wilsonville Property are held by the City of Oregon City ("Oregon City"). The Debtor scheduled Oregon City as holding two (2) claims; (i) a claim totaling Seventy-Two Thousand Twenty-Six and 00/100 Dollars ($72,026.00) (the "Oregon City 1 Claim"), secured by the Wilsonville Property (the "Oregon City 1 Lien"); and (ii) a claim totaling Fourteen Thousand Six Hundred One and 00/100 Dollars ($14,601.00) (the "Oregon City 2 Claim") secured by the Wilsonville Property (the "Oregon City 2 Lien") The Oregon City 1 lien is the third priority lien against the Wilsonville Property, was recorded on December 12, 2019, and bears Recording No. 2019-079244. The Oregon City 2 lien is the fourth

---

[1] The Shell Point Lien is identified on title reports as being in favor of Bank of New York Mellon; it is believed that Shell Point is the servicer for Bank of New York Mellon.

priority lien against the Wilsonville Property, was recorded on January 20, 2021, and bears Recording No. 2021-006197. The Debtor is unaware of any loan number associated with the Oregon City 1 Lien or Oregon City 2 Lien.

## RELIEF REQUESTED

9.      The Debtor respectfully requests entry of an order: (i) granting the Motion; (ii) determining the value of the Wilsonville Property is eight hundred eighty-five thousand and 00/100 dollars ($885,000.00); (iii) determining the value of the Oregon City 1 Lien totals zero and 00/100 dollars ($0.00); (iv) determining the value of the Oregon City 2 Lien totals zero and 00/100 dollars ($0.00); (v) determining the Oregon City 1 Claim is unsecured; (vi) determining the Oregon City 2 Claim is unsecured; (vii) voiding the Oregon City 1 Lien; (viii) voiding the Oregon City 2 Lien; and (ix) granting the Debtor such other and further relief as the Court deems just and proper.

## BASES FOR RELIEF REQUESTED

10.     Oregon City's interest in the Wilsonville Property is valued at zero and 00/100 dollars ($0.00), and neither the Oregon City 1 Claim nor Oregon City 2 Claim is secured by other collateral, so Oregon City holds wholly unsecured claims. Granting the Motion would carry out the Bankruptcy Code's terms because Bankruptcy Code section 506(a)(1) allows the relief requested, Bankruptcy Rule 3012 and Local Rule 3012-1 provide appropriate means for granting the relief requested, and granting the relief requested will ensure secured creditors are paid not less than the value of their interest in the Wilsonville Property. Accordingly, the Court should grant the Motion.

WHEREFORE, for the reasons set forth herein, the Debtor respectfully the Court enter an order: (i) granting the Motion; (ii) determining the value of the Wilsonville Property is eight hundred eighty-five thousand and 00/100 dollars ($885,000.00); (iii) determining the value of the Oregon City 1 Lien totals zero and 00/100 dollars ($0.00); (iv) determining the value of the Oregon City 2 Lien totals zero and 00/100 dollars ($0.00); (v) determining the Oregon City 1 Claim is unsecured; (vi) determining the Oregon City 2 Claim is unsecured; (vii) voiding the Oregon City 1 Lien; (viii) voiding the Oregon City 2 Lien; and (ix) granting the Debtor such other and further relief as the Court deems just and proper.

**Dated**: July 14, 2023

Respectfully submitted,

**DAL LAGO LAW**
999 Vanderbilt Beach Road
Suite 200
Naples, FL 34108
Telephone: (239) 571-6877

By: */s/ Christian Garrett Haman*
MICHAEL R. DAL LAGO
Florida Bar No. 102185
Email: mike@dallagolaw.com
CHRISTIAN GARRETT HAMAN
Florida Bar No. 1017079
Email: chaman@dallagolaw.com
JENNIFER M. DUFFY
Florida Bar No. 1028911
Email: jduffy@dallagolaw.com

*Counsel for*
*H2O Investment Properties, LLC,*
*Debtor and Debtor in Possession*

## **CERTIFICATE OF SERVICE**

I CERTIFY that a true and correct copy of the foregoing shall be electronically served: (i) through the Court's CM/ECF Noticing system upon entry to all parties registered for service including: **United States Trustee – FTM**, 501 E. Polk Street, Suite 1200, Tampa, Florida 33602; **Mark C. Markham**, **Subchapter V Trustee**, 401 E. Jackson Street, Suite 3100, Tampa, FL 33602; **Melbalynn Fisher, Esq., Counsel for Planet Home Lending, LLC, as Servicer for BCMB1 Trust**, Ghidotti | Berger, LLP, 1031 North Miami Beach Blvd., North Miami Beach, FL 33162; and (ii) via First Class U.S. Mail to **City Manager, City of Oregon City**, 625 Center Street, Oregon City, OR 97045 this 14th day of July 2023.

By: */s/ Christian Garrett Haman*
CHRISTIAN GARRETT HAMAN
Florida Bar No. 1017079

# EXHIBIT A



For Ronnie Sapp

July 6, 2023

RE:   30620 SW Rose Ln
      Wilsonville, OR 97070

Dear Ronnie,

At your request, I have prepared an appraisal report of the above referenced property.  The purpose of this appraisal is to estimate the market value of the property described herein for market valuation purposes.

Enclosed, please find the appraisal report which describes certain data gathered during our investigation of the property.  The methods of approach and reasoning in the valuation of the various physical and economic factors of the subject property are contained in this report.

Based on my investigation and analysis of available information, the concluded Fee Simple market value of the subject is:

**$985,000**

The valuation is subject to the Assumptions and Limiting Conditions section of the following report, as well as the explanatory comments within the report, which should be referenced for a complete understanding of the value conclusions.

It has been a pleasure to assist you!

Sincerely,

**PAULSEN APPRAISAL INC.**

_____

Chris E. Paulsen
Oregon Certified Residential Appraiser
License No. CR00224

# APPRAISAL REPORT

## OF



30620 SW ROSE LN
WILSONVILLE, OR 97070

## PREPARED FOR

RONNIE SAPP
RONNIE SAPP

## AS OF

07/01/2023

## PREPARED BY

CHRIS PAULSEN
P.O. BOX 4594
TUALATIN, OR 97062

# Residential Appraisal Report

The purpose of this appraisal report is to provide the client with an accurate, and adequately supported, opinion of the market value of the subject property.

## SUBJECT

| | |
|---|---|
| Property Address 30620 SW ROSE LN | City WILSONVILLE    State OR    Zip Code 97070 |
| Owner  H20 INVESTMENT PROPERTIES LLC    Intended User RONNIE SAPP | County  CLACKAMAS |

Legal Description BUCKS LANDING PT LOT 2

| Assessor's Parcel # 05003796 | Tax Year 2022 | R.E. Taxes $ 13,544.08 |
|---|---|---|

| Neighborhood Name MONTGOMERY | Map Reference 31W24A03203 | Census Tract 0227.10 |
|---|---|---|

Occupant [ ] Owner  [ ] Tenant  [X] Vacant  Special Assessments $  0    [ ] PUD  HOA $  0    [ ] per year  [ ] per month

Property Rights Appraised [X] Fee Simple  [ ] Leasehold  [ ] Other (describe)

Intended Use  MARKET VALUATION FOR PERSONAL PURPOSES

Client  RONNIE SAPP    Address

Is the subject property currently offered for sale or has it been offered for sale in the twelve months prior to the effective date of this appraisal? [X] Yes  [ ] No

Report data source(s) used, offering(s) price(s), and date(s).    THE SUBJECT PROPERTY WAS LISTED FOR SALE ON 10/26/2022 FOR $1,450,000.  IT WAS ON THE MARKET FOR 204 DAY
WITH NO PRICE ADJUSTMENTS.  THIS LISTING WAS CANCELED ON 5/18/2023.

## CONTRACT

I [ ] did  [ ] did not analyze the contract for sale for the subject purchase transaction. Explain the results of the analysis of the contract for sale or why the analysis was not
performed.

Contract Price $    Date of Contract    Is the property seller the owner of public record? [ ] Yes  [ ] No  Data Source(s)

Is there any financial assistance (loan charges, sale concessions, gift or downpayment assistance, etc.) to be paid by any party on behalf of the purchaser? [ ] Yes [ ] No

If Yes, report the total dollar amount and describe the items to be paid.

## NEIGHBORHOOD

Note: Race and the racial composition of the neighborhood are not appraisal factors.

| Neighborhood Characteristics | | | One-Unit Housing Trends | | | One-Unit Housing | | Present Land Use % | |
|---|---|---|---|---|---|---|---|---|---|
| Location [ ] Urban [X] Suburban [ ] Rural | | | Property Values [ ] Increasing [X] Stable [ ] Declining | | | PRICE | AGE | One-Unit 90 % | |
| Built-Up [X] Over 75% [ ] 25-75% [ ] Under 25% | | | Demand/Supply [ ] Shortage [X] In Balance [ ] Over Supply | | | $ (000) | (yrs) | 2-4 Unit 0 % | |
| Growth [ ] Rapid [X] Stable [ ] Slow | | | Marketing Time [X] Under 3 mths [ ] 3-6 mths [ ] Over 6 mths | | | 800  Low | 1 | Multi-Family 0 % | |
| Neighborhood Boundaries   THE NEIGHBORHOOD BOUNDARIES ARE RIVERFRONT PROPERTIES ALONG THE WILLAMETTE RIVER. | | | | | | 4,500  High | 110 | Commercial 3 % | |
| | | | | | | 1,500  Pred. | 50 | Other PARK 7 % | |

Neighborhood Description    THE SUBJECT IS LOCATED IN THE CITY OF WILSONVILLE APPROXIMATELY 15 MILES SOUTH OF DOWNTOWN PORTLAND.  THIS IMMEDIATE NEIGHBORHOOD
INCLUDES A MIX HOMES STYLES WITH MANY HIGHER QUALITY CUSTOM HOMES AND A RANGE MAINTENANCE LEVELS AND UPDATING.  IT HAS AVERAGE+ APPEAL AND MEETS THE MARKET
EXPECTATIONS FOR PROPERTIES WITHIN THIS PRICE RANGE.

Market Conditions (including support for the above conclusions)    THE SUBJECT MARKET COOLED IN 2022 AS INTEREST RATES INCREASED RAPIDLY TO COMBAT THE HIGH INFLATION
LEVELS.  SUPPLY AND DEMAND ISSUES ARE STILL PREVALENT IN THE OVERALL MARKET WITH LIMITED INVENTORIES AND DEMAND STEADY.  EVEN WITH THE COST OF MONEY DOUBLING IN
THE PAST 18 MONTHS THIS MARKET IS STABLE.

## SITE

| Dimensions  SEE PLAT MAP | Area 36,155 | Shape Irregular | View RES/WATER |
|---|---|---|---|

Specific Zoning Classification  RA-H - (CITY OF WILSONVILLE)    Zoning Description  RESIDENTIAL AGRICULTURAL HOLDING

Zoning Compliance  [X] Legal  [ ] Legal Nonconforming (Grandfathered Use)  [ ] No Zoning  [ ] Illegal (describe)

Is the highest and best use of subject property as improved (or as proposed per plans and specifications) the present use? [X] Yes  [ ] No  If No, describe.

| Utilities | Public | Private | Other (describe) | | Public | Private | Off-site Improvements--Type | Public | Private |
|---|---|---|---|---|---|---|---|---|---|
| Electricity | X | | | Water | | X | Street  ASPHALT | X | |
| Gas | X | | | Sanitary Sewer | | X | Alley  NOT APPLICABLE | | |

FEMA Special Flood Hazard Area [X] Yes  [ ] No  FEMA Flood Zone AE    FEMA Map # 41005C0242D    FEMA Map Date 06/17/2008

Are the utilities and/or off-site improvements typical for the market area? [X] Yes  [ ] No  If No, describe.

Are there any adverse site conditions or external factors (easements, encroachments, environmental conditions, land uses, etc.)? [ ] Yes [X] No  If Yes, describe.

A PRELIMINARY TITLE REPORT WAS NOT PROVIDED.  THE SITE IS ACCESSED WITH AN EASEMENT ACROSS THE ADJACENT PROPERTY TO THE WEST BUT HAS NO NEGATIVE IMPACT.  THE
SUBJECT IS RIVER FRONTAGE ALONG THE WILLAMETTE RIVER.  IT HAS DIRECT RIVER ACCESS WITH PRIVATE DOCK.  THE FLOOD PLAIN WAS RAISED AFTER THE FLOODS IN 1996.  THE
SUBJECT IS NOW LOCATED IN THE 100 YEAR FLOOD PLAIN.

## IMPROVEMENTS

| General Description | | Foundation | | Exterior Description  materials/condition | | Interior  materials/condition | |
|---|---|---|---|---|---|---|---|
| Units [X] One [ ] One with Accessory Unit | | [ ] Concrete Slab [X] Crawl Space | | Foundation Walls CONCRETE/AVERAGE | | Floors HARDWOOD/POOR | |
| # of Stories 1 | | [ ] Full Basement [X] Partial Basement | | Exterior Walls WOOD LAP/POOR | | Walls DRYWALL/POOR | |
| Type [X] Det. [ ] Att. [ ] S-Det./End Unit | | Basement Area 780  sq. ft. | | Roof Surface COMPOSITION/POOR | | Trim/Finish WOOD/POOR | |
| [X] Existing [ ] Proposed [ ] Under Const. | | Basement Finish  % | | Gutters & Downspouts METAL/POOR | | Bath Floor VINYL/POOR | |
| Design (Style) DAY RANCH | | [ ] Outside Entry/Exit [ ] Sump Pump | | Window Type WOOD/POOR | | Bath Wainscot FIBERGLASS/POOR | |
| Year Built 1949 | | Evidence of [ ] Infestation | | Storm Sash/Insulated NONE/NONE | | Car Storage [ ] None | |
| Effective Age (Yrs) | | [ ] Dampness [ ] Settlement | | Screens  NONE | | [X] Driveway  # of Cars 5 | |
| Attic [ ] None | | Heating [X] FWA [ ] HWBB [ ] Radiant | | Amenities  Woodstove(s) # 0 | | Driveway Surface ASPHALT | |
| [ ] Drop Stair [ ] Stairs | | [ ] Other  Fuel Elec | | [X] Fireplace(s) # 1  [ ] Fence | | [X] Garage  # of Cars 2 | |
| [ ] Floor [X] Scuttle | | Cooling [ ] Central Air Conditioning | | [X] Patio/Deck Patio  [X] Porch COV. FRONT | | [ ] Carport  # of Cars | |
| [ ] Finished [ ] Heated | | [ ] Individual [ ] Other | | [ ] Pool NONE  [X] Other DOCK | | [ ] Att. [ ] Det. [ ] Built-in | |

Appliances [X] Refrigerator [X] Range/Oven [X] Dishwasher [X] Disposal [X] Microwave [X] Washer/Dryer [ ] Other (describe)

| Finished area **above** grade contains: | 6 Rooms | 3 Bedrooms | Bath(s) 2,857 | Square Feet of Gross Living Area Above Grade |
|---|---|---|---|---|

Additional features (special energy efficient items, etc.)    THE SUBJECT HAS FORCED AIR ELECTRIC HEAT AND ONE WOOD FIREPLACE.  THERE IS A COVERED FRONT PORCH, REAR
PATIO, AVERAGE LANDSCAPING AND PILINGS FOR A FUTURE DOCK.  SEE COMMENTS ON PAGE 3.

Describe the condition of the property (including needed repairs, deterioration, renovations, remodeling, etc.).    THE SUBJECT IS AN AVERAGE QUALITY DAY RANCH STYLE SINGLE
FAMILY RESIDENCE IN POOR CONDITION

Are there any physical deficiencies or adverse conditions that affect the livability, soundness, or structural integrity of the property? [ ] Yes [X] No  If Yes, describe

Does the property generally conform to the neighborhood (functional utility, style, condition, use, construction, etc.)? [X] Yes  [ ] No  If No, describe

NL - Residential 5/2007    This form may be reproduced unmodified without written permission, however, Bradford Technologies, Inc. must be acknowledged and credited.

Produced by ClickFORMS Software 800-622-8727    Page  1  of  19

## Residential Appraisal Report

There are __11__ comparable properties currently offered for sale in the subject neighborhood ranging in price from $ __875,000__ to $ __3,850,000__ .

There are __16__ comparable sales in the subject neighborhood within the past twelve months ranging in sale price from $ __801,000__ to $ __3,400,000__ .

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | | COMPARABLE SALE # 2 | | COMPARABLE SALE # 3 | |
|---|---|---|---|---|---|---|---|
| Address | 30620 SW ROSE LN | 17300 NE WILSONVILLE RD | | 23765 BUTTEVILLE RD | | 6549 FAILING ST | |
| | WILSONVILLE, OR 97070 | NEWBERG, OR 97132 | | AURORA, OR 97002 | | WEST LINN, OR 97068 | |
| Proximity to Subject | | 5.62 miles W | | 5.03 miles W | | 8.24 miles NE | |
| Sale Price | $ | | $ 1,250,000 | | $ 1,200,000 | | $ 1,225,000 |
| Sale Price/Gross Liv. Area | $ 0.00 sq. ft. | $ 391.60 sq. ft. | | $ 848.66 sq. ft. | | $ 771.90 sq. ft. | |
| Data Source(s) | | RMLS #23171661;DOM 0 | | RMLS#23333785;DOM 0 | | RMLS#22011108;DOM 5 | |
| Verification Source(s) | | CO. RECORD/EXT. INSPECTION | | AGENT/CO. RECORD/EXT. INSPECTION | | AGENT/CO. RECORD/EXT. INSPECTION | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sale or Financing | | CASH | 0 | CASH | 0 | CONV. LOAN | 0 |
| Concessions | | NONE | | NONE | | NONE | |
| Date of Sale/Time | | 05/23/2023 | 0 | 05/31/2023 | 0 | 10/03/2022 | 0 |
| Location | RESIDENTIAL | RESIDENTIAL | | RESIDENTIAL | | RESIDENTIAL | |
| Leasehold/Fee Simple | FEE SIMPLE | FEE SIMPLE | | FEE SIMPLE | | FEE SIMPLE | |
| Site | 36,155 sf | 2.2 ACRES | -80,000 | 1.61 ACRES | -125,000 | 20,909 sf | 0 |
| View | RES/WATER | WOODS/WATER | | RES/WATER | | RES/WATER | |
| Design (Style) | DAY RANCH | TWO STORY | | CABIN | | DAY RANCH | |
| Quality of Construction | AVERAGE | AVERAGE | | AVERAGE | | AVERAGE | |
| Actual Age | 73 yrs | 43 yrs | 0 | 43 yrs | 0 | 34 yrs | 0 |
| Condition | POOR | FAIR/SUPERIOR | -125,000 | FAIR/SL. SUPERIOR | -50,000 | AVERAGE+/SUPERIOR | -300,000 |
| Above Grade | Total Bdrms. Baths | Total Bdrms. Baths | | Total Bdrms. Baths | | Total Bdrms. Baths | |
| Room Count | 6 3 1.50 | 7 3 3.0 | | 6 3 2.0 | | 4 1 1.5 | |
| Gross Living Area | 2,857 sq. ft. | 3,192 sq. ft. | 0 | 1,414 sq. ft. | 0 | 1,587 sq. ft. | |
| Basement & Finished | 780 sf | NONE | | NONE | | 1,136 SF FINISHED | |
| Rooms Below Grade | | NONE | | NONE | | FAM/3 BED/BATH | |
| Functional Utility | AVERAGE | AVERAGE | | AVERAGE | | AVERAGE | |
| Heating/Cooling | FA ELECT/NONE | FA ELECT./CENT. A/C | 0 | ZONAL ELECT/NONE | | FAG/CENTRAL A/C | 0 |
| Energy Efficient Items | NONE | NONE | | NONE | | NONE | |
| Garage/Carport | NONE | NONE | | NONE | | 2 CAR ATTACHED | |
| Porch/Patio/Deck | COV. PORCH/PATIO | COV. PORCH/DECK | 0 | COV. PORCH/PATIO | | COV. POR/COV. DECK | 0 |
| Fireplaces | 1 WOOD FIREPLACE | 1 WOOD FIREPLACE | | 1 WOOD FIREPLACE | | 2 GAS/ELECT FIREPLACES | 0 |
| FENCE/LANDSCAPE | NONE/LNDSCP AVG | NONE/SIMILAR | | NONE/SIMILAR | | NONE/SUPERIOR | |
| ADDIT. IMPROVEMENTS | PILINGS FOR DOCK | DOCK | -20,000 | NONE | +25,000 | WATER FEATURE | +25,000 |
| Net Adjustment (Total) | | + X - | $ -225,000 | + X - | $ -150,000 | + X - | $ -275,000 |
| Adjusted Sale Price | | Net Adj: -18% | | Net Adj: -13% | | Net Adj: -22% | |
| of Comparables | | Gross Adj : 18% | $ 1,025,000 | Gross Adj: 17% | $ 1,050,000 | Gross Adj: 27% | $ 950,000 |

I X did    did not research the sale or transfer history of the subject property and comparable sales. If not, explain

My research    did X did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.

Data source(s)  RMLS/COUNTY RECORDS

My research    did X did not reveal any prior sales or transfers of the comparable sales for the year prior to the date of sale of the comparable sale.

Data source(s)  RMLS/COUNTY RECORDS

Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE # 1 | COMPARABLE SALE # 2 | COMPARABLE SALE # 3 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | | | | |
| Price of Prior Sale/Transfer | | | | |
| Data Source(s) | RMLS AND COUNTY RECORDS | RMLS AND COUNTY RECORDS | RMLS AND COUNTY RECORDS | RMLS AND COUNTY RECORDS |
| Effective Date of Data Source(s) | 07/06/2023 | 07/06/2023 | 07/06/2023 | 07/06/2023 |

Analysis of prior sale or transfer history of the subject property and comparable sales   ACCORDING TO RMLS AND COUNTY RECORDS, THE SUBJECT HAS NOT BEEN INVOLVED IN A TITLE TRANSFER OR SALES TRANSACTION IN THE PREVIOUS THREE YEARS PRIOR TO THE EFFECTIVE DATE OF THIS REPORT. UPON REVIEW OF RMLS AND COUNTY RECORDS, THERE HAVE BEEN NO OTHER SALES OF THE COMPARABLES FOR THE YEAR PRIOR TO THE DATE OF SALE SUMMARIZED ABOVE.

Summary of Sales Comparison Approach   THE SUBJECT IS RIVER FRONTAGE ON THE WILLAMETTE RIVER. AN EXPANDED SEARCH FOR RIVER FRONT SALES ALONG THE WILLAMETTE RIVER THAT WOULD COMPETE WITH THE SUBJECT WAS REQUIRED DUE TO THE SUBJECT'S UNIQUE CHARACTERISTICS. THE SUBJECT'S MARKET HAS COOLED (SEE NEIGHBORHOOD COMMENTS ON PAGE 1). COMPS #4 & #5 ARE OLDER SALES FROM WHEN THE MARKET WAS INCREASING RAPIDLY AND REQUIRED MARKET ADJUSTMENTS. DUE TO THE LACK OF RIVER FRONT LAND SALES, INDIVIDUAL LOCATION, SITE SIZE, SUN ASPECT, UTILITY AND VIEW ADJUSTMENTS WERE NOT MADE AS THESE ARE ALL COMPONENTS OF SITE VALUE AND DUE TO THE LIMITED LAND SALES AND MARKET INFORMATION THESE INDIVIDUAL ADJUSTMENTS COULD NOT BE EXTRAPOLATED. THEREFORE, EACH COMP WAS ANALYZED WITH ONE OVERALL SITE VALUE ADJUSTMENT. ALL OF THE COMPS ARE SUPERIOR AS THEY HAVE BUILDING ENVELOPES THAT ARE OUTSIDE OF THE 100 YEAR FLOOD PLAIN. COMP #3 HAD NO ADJUSTMENT AS THIS SITE HAS NO POTENTIAL FOR A DOCK WHICH OFF SET ANY SITE VALUE ADJUSTMENT. THE REMAINING COMPS ALL HAD SUPERIOR OVERALL SITE VALUES DUE TO SIZE, LOCATION AND LACK OF FLOOD PLAIN ISSUES. SEE ADDITIONAL COMMENTS UNDER COMPS #4 - #6.

Indicated Value by Sales Comparison Approach $   985,000

Indicated Value by: Sales Comparison Approach $  985,000   Cost Approach (if developed) $   0   Income Approach (if developed) $

THE SALES COMPARISON APPROACH IS GIVEN PRIMARY EMPHASIS AS IT BEST REFLECTS THE ACTIONS OF BUYERS AND SELLERS IN THIS MARKET. THE COST APPROACH IS NOT DEVELOPED DUE TO THE LACK OF RECENT LAND SALES AND THE DIFFICULTY OF ESTIMATING THE CONTRIBUTEABLE VALUE THE CURRENTS. THE INCOME APPROACH WAS NOT DEVELOPED DUE TO THE LACK OF MARKET RENTAL DATA.

This appraisal is made X "as is,"    subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been completed,    subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed, or    subject to the following required inspection based on the extraordinary assumption that the condition or deficiency does not require alteration or repair:

Based on a complete visual inspection of the interior and exterior areas of the subject property, defined scope of work, statement of assumptions and limiting conditions, and appraiser's certification, my (our) opinion of the market value, as defined, of the real property that is the subject of this report is $   985,000   , as of   07/01/2023   .

NL - Residential 5/2007

This form may be reproduced unmodified without written permission, however, Bradford Technologies, Inc. must be acknowledged and credited.

Produced by ClickFORMS Software 800-622-8727                    Page    2   of   19

## Residential Appraisal Report

**ADDITIONAL COMMENTS**

AS SUMMARIZED AHEAD IN THE SCOPE OF WORK SECTION, THE APPRAISER IS NOT A HOME INSPECTOR AND ANY DEFECTS NOT VISUALLY APPARENT IS BEYOND THE SCOPE OF THE APPRAISER'S LICENSES AND ABILITIES.  THE APPRAISER IS NOT QUALIFIED TO ESTIMATE THE REMAINING ECONOMIC LIFE OF A ROOF, THE PRESENCE OF UNDERGROUND OIL TANKS AND ANY LEAKAGE ATTRIBUTED BY THEM, THE PRESENCE OF HAZARDOUS SUBSTANCES OF RADON, MOLD ISSUES, DAMAGES TO SEWER OR WATER SOURCES, OR ANY ESTIMATE OF DAMAGES THAT MIGHT BE ATTRIBUTED TO ANY OF THESE SYSTEMS.  THE APPRAISER MAKES NO WARRANTIES ON THE STRUCTURAL OR MECHANICAL (ELECTRICAL AND PLUMBING INCLUDED) INTEGRITY OF THE SUBJECT PROPERTY.  A PROFESSIONAL HOME INSPECTION BY A QUALIFIED HOME INSPECTOR IS ALWAYS RECOMMENDED FOR ANY PROPERTY TRANSACTION.

THE COST APPROACH TO VALUE (IF DEVELOPED) SHOULD BE INTERPRETED AS AN APPROXIMATION ONLY WITH MINOR DEVIATIONS IN ACTUAL SQUARE FOOTAGE BEING OF LITTLE OR NO VALUE CONSEQUENCE.  SQUARE FOOTAGE IS DERIVED FROM THE EXTERIOR OF THE DWELLING (IN SOME CASES INTERIOR MEASUREMENTS ARE PROVIDED) WITH SOME ESTIMATIONS NEEDED WHEN LIMITED ACCESS EXISTS (SHRUBBERY, PERSONAL PROPERTY, ETC).

SITE VALUE COMMENTS: RIVER FRONT LAND SALES IN COMPETING AREAS ARE NOT OCCURRING.  THERE IS NO VACANT LAND SO TYPICALLY AN OLD HOME IS REMOVED TO MAKE WAY FOR NEW DEVELOPMENT.  THERE IS A WIDE RANGE OF HOMES THAT ARE ELIGIBLE TO BE REMOVED FOR NEW DEVELOPMENT.  HOWEVER, SITE VALUES OF RIVER FRONT PROPERTIES VARY DUE TO SIZE, UTILITY, VIEW AND DEPTH OF WATER AND FLOOD PLAIN.

HIGHEST AND BEST USE COMMENT:  THE SUBJECT IS IN THE RA-H ZONE  PER THE CITY OF WILSONVILLE.  THE SITE IS A LEGAL LOT OF RECORD.  THE SUBJECT HAS NO ADDITIONAL DEVELOPMENT POTENTIAL.  THE HIGHEST AND BEST USE IS ONE RESIDENTIAL PROPERTY.  THE SUBJECT IS BELOW THE TYPICAL QUALITY AND CONDITION LEVELS EXPECTED FOR THIS HIGHER END RIVER FRONT NEIGHBORHOOD

SUBJECT COMMENTS:  THE SUBJECT PROPERTY HAS BEEN VACANT AND NEGLECTED OVER THE PAST YEARS.  PER CONVERSATIONS WITH THE CURRENT OWNER THE PROPERTY HAD SQUATTERS LIVING IN IT THAT DID SIGNIFICANT DAMAGE AND VANDALIZED THE HOME.  IT IS AN OLDER VINTAGE OF HOME FOR THIS APPEALING NEIGHBORHOOD AREA.  COMBINED WITH THE POOR CONDITION OF THE PROPERTY AND THAT THE EXISTING HOME IS IN THE 100 YEAR FLOOD PLAIN THE CURRENT IMPROVEMENTS PROVIDE MINIMAL CONTRIBUTEABLE VALUE TO THE SITE.  THE PRIMARY VALUE THE CURRENT IMPROVEMENTS IS THE COST SAVINGS IN THE PERMITTING PROCESS AS PERMITS FOR A REPLACEMENT DWELLING ARE BETWEEN $30,000 AND $50,000 LESS THAN APPLYING FOR A NEW HOME PERMIT.  THEREFORE, IN THE ADJUSTMENT GRID THE CURRENT IMPROVEMENTS ARE ONLY ASSIGNED $40,000.  ALSO, AT THE INSPECTION THE DOCK WAS GONE AND ONLY THE PILINGS WERE IN PLACE.  PER CONVERSATION WITH THE OWNER, THE OLD DOCK WAS SWEPT AWAY.  IN AN OLDER AERIAL PHOTO THERE IS A PICTURE OF THE DOCK AND IT WAS SINKING.

### COST APPROACH TO VALUE (if applicable)

**COST APPROACH**

Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value)    THE COST APPROACH IS NOT DEVELOPED DUE TO THE LACK OF RECENT COMPARABLE LAND SALES AND THE DIFFICULTY OF ESTIMATING THE CONTRIBUTEABLE VALUE OF THE IMPROVEMENTS DUE TO CONDITION AND HIGHEST AND BEST USE ISSUES.

| ESTIMATED | ☐ REPRODUCTION OR | X | REPLACEMENT COST NEW | OPINION OF SITE VALUE | | =$ | |
|---|---|---|---|---|---|---|---|
| Source of cost data  LOCAL BUILDER COST ESTIMATES | | | | Dwelling | 2,857 | Sq. Ft. @ $ | =$ | 0 |
| Quality rating from cost service  AVERAGE    Effective date of cost data  07/01/2023 | | | | Bsmt. | 780 | Sq. Ft. @ $ | =$ | 0 |
| Comments on Cost Approach (gross living area calculations, depreciation, etc.) | | | | | | | |
| - COST DATA HAS BEEN DERIVED USING LOCAL BUILDER'S COST ESTIMATES. | | | | Garage/Carport | | Sq. Ft. @ $ | =$ | 0 |
| - SUBJECT SITE VALUE IS BASED ON AREA LAND SALES AND EXTRACTION. | | | | Total Estimate of Cost-new | | | =$ | 0 |
| - SEE ATTACHED FLOOR PLANS FOR ROOM LAYOUT | | | | Less  Physical  31  Functional  0  External  0 | | | |
| - THE SUBJECT'S LAND TO TOTAL VALUE RATIO IS TYPICAL FOR THIS MARKET AREA. | | | | Depreciation  0  0  0 | | | =$ (  0  ) |
| | | | | Depreciated Cost of Improvements | | | =$ | 0 |
| | | | | "As-is" Value of Site Improvements | | | =$ |
| Estimated Remaining Economic Life (HUD and VA only)  Years | | | | Indicated Value By Cost Approach | | | =$ | 0 |

### INCOME APPROACH TO VALUE (if applicable)

**INCOME**

Estimated Monthly Market Rent $   N/A   X Gross Multiplier   N/A   =$   Indicated Value by Income Approach

Summary of Income Approach (including support for market rent and GRM)   SINGLE FAMILY RESIDENCES LIKE THE SUBJECT ARE NOT TYPICALLY PURCHASED AS INCOME-PRODUCING PROPERTIES.  THERE IS LIMITED SALES DATA AVAILABLE TO CONCLUDE AN ACCURATE GROSS RENT MULTIPLIER.

### PROJECT INFORMATION FOR PUDs (if applicable)

**PUD INFORMATION**

| Is the developer/builder in control of the Homeowner's Association (HOA)? | ☐ Yes | ☐ No | Unit type(s) | ☐ Detached | ☐ Attached |
|---|---|---|---|---|---|

Provide the following information for PUDs ONLY if the developer/builder is in control of the HOA and the subject property is an attached dwelling unit.

Legal Name of Project

Total number of phases          Total number of units          Total number of units sold

Total number of units rented          Total number of units for sale          Data source(s)

Was the project created by the conversion of existing building(s) into a PUD?   ☐ Yes   ☐ No  If Yes, date of conversion.

Does the project contain any multi-dwelling units?   ☐ Yes   ☐ No  Data source.

Are the units, common elements, and recreation facilities complete?   ☐ Yes   ☐ No  If No, describe the status of completion.

Are the common elements leased to or by the Homeowner's Association?   ☐ Yes   ☐ No   If Yes, describe the rental terms and options.

Describe common elements and recreational facilities.

NL - Residential 5/2007          This form may be reproduced unmodified without written permission, however, Bradford Technologies, Inc. must be acknowledged and credited.

Produced by ClickFORMS Software 800-622-8727          Page    3  of   19

PAULSEN APPRAISAL INC.
EXTRA COMPARABLES 4-6
File No.    F23-182

| | | | | |
|---|---|---|---|---|
| Owner | H20 INVESTMENT PROPERTIES LLC | | | |
| Property Address | 30620 SW ROSE LN | | | |
| City | WILSONVILLE | County | CLACKAMAS | State OR    Zip Code 97070 |
| Client | RONNIE SAPP | Address | | |

## SALES COMPARISON ANALYSIS

| FEATURE | SUBJECT | COMPARABLE SALE # 4 | +(-) $ Adjustment | COMPARABLE SALE # 5 | +(-) $ Adjustment | COMPARABLE SALE # 6 | +(-) $ Adjustment |
|---|---|---|---|---|---|---|---|
| Address | 30620 SW ROSE LN WILSONVILLE, OR 97070 | 13348 FIELDING RD LAKE OSWEGO, OR 97034 | | 7130 SW MONTGOMERY WAY WILSONVILLE, OR 97070 | | 6740 SW MONTGOMERY WAY WILSONVILLE, OR 97070 | |
| Proximity to Subject | | 10.17 miles NE | | 0.12 miles NE | | 0.32 miles E | |
| Sale Price | $ | $ 1,070,550 | | $ 1,200,000 | | $ 1,485,000 | |
| Sale Price/Gross Liv. Area | $ 0.00      sq. ft. | $ 517.67    sq. ft. | | $ 526.32    sq. ft. | | $ 624.21    sq. ft. | |
| Data Source(s) | | RMLS#21286443;DOM 1 | | RMLS #20352731;DOM 0 | | RMLS#23295869;DOM 4 | |
| Verification Source(s) | | AGENT/CO. RECORD/EXT. INSPECTION | | AGENT/CO. RECORD/APPRAISAL | | CO. RECORD/EXT. INSPECTION | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sale or Financing | | CASH | 0 | CONV. LOAN | 0 | PENDING SALE | 0 |
| Concessions | | NONE | 0 | NONE | 0 | PENDING SALE | 0 |
| Date of Sale/Time | | 06/03/2021 | +42,000 | 01/15/2021 | +72,000 | PENDING SALE | 0 |
| Location | RESIDENTIAL | RESIDENTIAL | | RESIDENTIAL | | RESIDENTIAL | |
| Leasehold/Fee Simple | FEE SIMPLE | FEE SIMPLE | | FEE SIMPLE | | FEE SIMPLE | |
| Site | 36,155 sf | 23,522 sf | -100,000 | 1.34 ac | -150,000 | 1.31 AC | -150,000 |
| View | RES/WATER | RES/WATER | | RES/WATER | | RES/WATER | |
| Design (Style) | DAY RANCH | TRADITIONAL | | CUSTOM | 0 | CUSTOM | 0 |
| Quality of Construction | AVERAGE | AVERAGE | | AVERAGE | | AVERAGE | |
| Actual Age | 74 yrs | 74 yrs | 0 | 55 yrs | 0 | 53 yrs | 0 |
| Condition | POOR | FAIR/SL. SUPERIOR | -50,000 | FAIR/SL. SUPERIOR | -50,000 | AVERAGE/SUPERIOR | -250,000 |
| Above Grade | Total Bdrms. Baths | Total Bdrms. Baths | | Total Bdrms. Baths | | Total Bdrms. Baths | |
| Room Count | 6    3    1.50 | 6    3    1.5 | | 6    1    1.5 | -25,000 | 8    3    3.0 | |
| Gross Living Area | 2,857      sq. ft. | 2,068 sq. ft. | | 2,280 sq. ft. | | 2,379 sq. ft. | |
| Basement & Finished | 780 sf | NONE | 0 | 2346 SF FINISHED | 0 | NONE | |
| Rooms Below Grade | | | | FAM/2 BED/1 BATH | | NONE | |
| Functional Utility | AVERAGE | AVERAGE | | AVERAGE | | AVERAGE | |
| Heating/Cooling | FA ELECT/NONE | FA ELECT/NONE | | FAG/CENT. A/C | 0 | FAG/CENTRAL A/C | |
| Energy Efficient Items | NONE | NONE | | NONE | | NONE | |
| Garage/Carport | NONE | 2 CAR CARPORT | 0 | 1 CAR DETACHED | 0 | 2 CAR CAR PORT | 0 |
| Porch/Patio/Deck | COV. PORCH/PATIO | C. PORCH/PATIO | | COV. POR/COV. PATIO | | COV. POR/COV. DECK | |
| Fireplaces | 1 WOOD FIREPLACE | 1 WOOD FIREPLACE | | 2 WOOD FIREPLACE | 0 | 2 GAS FIREPLACES | |
| FENCE/LANDSCAPE | NONE/LNDSCP AVG | NONE/SIMILAR | | NONE/SIMILAR | | NONE/SIMILAR | |
| ADDIT. IMPROVEMENTS | PILINGS FOR DOCK | NONE | +25,000 | DOCK/SHOP | -50,000 | DOCK/BOAT HSE | -100,000 |
| Net Adjustment (Total) | | +  X  - | $ -83,000 | +  X  - | $ -203,000 | +  X  - | $ -500,000 |
| Adjusted Sale Price | | Net Adj: -8% | | Net Adj: -17% | | Net Adj: -34% | |
| of Comparables | | Gross Adj: 20% | $ 987,550 | Gross Adj: 29% | $ 997,000 | Gross Adj: 34% | $ 985,000 |

Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales

| ITEM | SUBJECT | COMPARABLE SALE # 4 | COMPARABLE SALE # 5 | COMPARABLE SALE # 6 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | | | | |
| Price of Prior Sale/Transfer | | | | |
| Data Source(s) | RMLS AND COUNTY RECORDS | RMLS AND COUNTY RECORDS | RMLS AND COUNTY RECORDS | RMLS AND COUNTY RECORDS |
| Effective Date of Data Source(s) | 07/06/2023 | 12/15/2022 | 12/15/2022 | 12/15/2022 |

Analysis of prior sale or transfer history of the subject property and comparable sales   SEE PREVIOUS PAGE.

Summary of Sales Comparison Approach    COMMENTS CONTINUED: COMPS #1 AND #2 ARE IN SLIGHTLY INFERIOR NEIGHBORHOOD AREAS BUT ARE ON LARGER SITES. COMP #1 HAS A LOWER ADJUSTMENT DUE TO IT'S IRREGULAR SHAPE AND TOPOGRAPHY. COMP #4 IS SMALLER BUT WAS ADJUSTED FOR ITS SUPERIOR LAKE OSWEGO LOCATION AND NEIGHBORHOOD APPEAL. COMPS #5 AND #6 ARE IN THE IMMEDIATE NEIGHBORHOOD BUT HAVE SUPERIOR LARGER SITES THAT DON'T HAVE FLOOD PLAIN ISSUES. AS NOTED ON PAGE 3, THE VALUE OF THE SUBJECT IMPROVEMENTS WERE ONLY VALUED BASED ON THE SAVING IN PERMITTING FOR A REPLACEMENT DWELLING. THIS IS DUE TO CONDITION, FLOOD PLAIN AND OLD DESIGN. A SEARCH FOR HOMES ON THE RIVER THAT HAVE THE HIGH PROBABILITY TO BE REMOVED WERE UTILIZED. HOWEVER, ALL OF THE COMPS HAD SUPERIOR IMPROVEMENT VALUES THAN THE SUBJECT. COMPS #4 AND #6 A FUNCTIONAL HOMES WITH MUCH HIGHER OVERALL IMPROVEMENT VALUES. CONSIDERING OVERALL IMPROVEMENT VALUES WERE ASSIGNED, THERE IS NO NEED FOR ADDITIONAL SF ADJUSTMENTS TO BE MADE. THE REMAINING ADJUSTMENTS ARE FOR VARIOUS MINOR AMENITIES AND ADDITIONAL SITE IMPROVEMENTS. THE SUBJECT'S DOCK WAS SWEPT AWAY BUT THE PILINGS ARE STILL IN PLACE AND HAVE SIGNIFICANT VALUE. THE COMPS BRACKETED THE SUBJECT'S SITE IMPROVEMENTS. AN ADJUSTED COMPARABLE RANGE IS $950,000 TO $1,050,000. CONSIDERING THE SUBJECT'S CONDITION, FLOOD PLAIN ISSUES AND DESIGN, A CONCLUDED VALUE OF $985,000 IS REASONABLE AND SUPPORTABLE.

This appraisal report is subject to the scope of work, intended use, intended user, definition of market value, statement of assumptions and limiting conditions, and certifications. The Appraiser may expand the scope of work to include any additional research or analysis necessary based on the complexity of this appraisal assignment.

## SCOPE OF WORK: The scope of work for this appraisal is defined by the complexity of this appraisal assignment and the reporting requirements of this appraisal report form, including the following definition of market value, statement of assumptions and limiting conditions, and certifications. The appraiser must, at a minimum: (1) research, verify, and analyze data from reliable public and/or private sources, and (2) report his or her analysis, opinions, and conclusions in this appraisal report.

## DEFINITION OF MARKET VALUE: The definition of market value is the most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he or she considers his or her own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U. S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgment.

## STATEMENT OF ASSUMPTIONS AND LIMITING CONDITIONS: The appraiser's certification in this report is subject to the following assumptions and limiting conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it, except for information that he or she became aware of during the research involved in performing this appraisal. The appraiser assumes that the title is good and marketable and will not render any opinions about the title.

2. The appraiser may have provided a sketch in this appraisal report to show the approximate dimensions of the improvements. The sketch is included only to assist the reader in visualizing the property and understanding the appraiser's determination of its size.

3. The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in this appraisal report whether any portion of the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

4. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand, or as otherwise required by law.

5. The appraiser has noted in this appraisal report any adverse conditions (such as needed repairs, deterioration, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the research involved in performing this appraisal. Unless otherwise stated in this appraisal report, the appraiser has no knowledge of any hidden or unapparent physical deficiencies or adverse conditions of the property (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) that would make the property less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, this appraisal report must not be considered as an environmental assessment of the property.

6. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that the completion, repairs, or alterations of the subject property will be performed in a professional manner.

NL - General Certification 5/2007         This form may be reproduced unmodified without written permission, however, Bradford Technologies, Inc. must be acknowledged and credited.

Produced by ClickFORMS Software 800-622-8727         Page    5    of    19

**APPRAISER'S CERTIFICATION:** I certify that, to the best of my knowledge and belief:

1. The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions, and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.

2. I ☐ have ☒ have no present or prospective interest in the property that is the subject of this report and ☐ have ☒ have no personal interest with respect to the parties involved.

3. I ☐ have performed ☒ have not performed services, as an appraiser or in any other capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment.

4. I have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment.

5. My engagement in this assignment was not contingent upon developing or reporting predetermined results.

6. My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of this client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.

7. My analyses, opinions, and conclusions, were developed, and this report has been prepared, in conformity, with the *Uniform Standards of Professional Appraisal Practice*

8. I ☒ have ☐ have not made a personal inspection of the property that is the subject of this report.

9. Unless otherwise noted, no one has provided significant real property appraisal assistance to the person signing this certification.

**SUPERVISORY APPRAISER'S CERTIFICATION:** The Supervisory Appraiser certifies and agrees that:

1. I directly supervised the appraiser for this appraisal assignment, have read the appraisal report, and agree with the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

2. I accept full responsibility for the contents of this appraisal report including, but not limited to, the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

3. The appraiser identified in this appraisal report is either a sub-contractor or an employee of the supervisory appraiser (or the appraisal firm), is qualified to perform this appraisal, and is acceptable to perform this appraisal under the applicable state law.

4. This appraisal report complies with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

5. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

**APPRAISER**

Signature
Name    CHRISTIAN E. PAULSEN
Company Name PAULSEN APPRAISAL INC.
Company Address  P.O. BOX 4594
                 TUALATIN, OR 97062
Telephone Number (503)522-2990
Email Address  chris@paulsenappraisal.com
Date of Signature and Report  07/06/2023
Effective Date of Appraisal  07/01/2023
State Certification #   CR00224
or State License #
or Other (describe)                        State #
State          OR
Expiration Date of Certification or License  07/31/2023

**ADDRESS OF PROPERTY APPRAISED**

30620 SW ROSE LN
WILSONVILLE, OR 97070

APPRAISED VALUE OF SUBJECT PROPERTY $       985,000
**CLIENT**
Contact  RONNIE SAPP
Client Name   RONNIE SAPP
Client Address

Email Address

**SUPERVISORY APPRAISER (ONLY IF REQUIRED)**

Signature
Name
Company Name
Company Address

Telephone Number
Email Address
Date of Signature
State Certification #
or State License #
State
Expiration Date of Certification or License

**SUBJECT PROPERTY**

☐ Did not inspect subject property
☐ Did inspect exterior of subject property from street
   Date of Inspection
☐ Did inspect interior and exterior of subject property
   Date of Inspection

**COMPARABLE SALES**

☐ Did not inspect exterior of comparable sales from street
☐ Did inspect exterior of comparable sales from street
   Date of Inspection

NL - General Certification 5/2017    This form may be reproduced unmodified without written permission, however, Bradford Technologies, Inc. must be acknowledged and credited.

Produced by ClickFORMS Software 800-622-8727    Page    6    of    19

| Borrower | | | RONNIE SAPP | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | | | 30620 SW ROSE LN | | | | |
| City | WILSONVILLE | County | CLACKAMAS | State | OR | Zip Code | 97070 |
| Lender/Client | | RONNIE SAPP | Address | | | | |

SCOPE OF THE APPRAISAL

THE FOLLOWING STEPS WERE FOLLOWED IN ARRIVING AT A FINAL VALUE ESTIMATE FOR THE SUBJECT PROPERTY:  1) - AFTER RECEIVING THE ASSIGNMENT, THE APPRAISER MAKES A PRELIMINARY SEARCH OF AVAILABLE RESOURCES. THE SEARCH IS TO DETERMINE MARKET TRENDS, INFLUENCES AND OTHER SIGNIFICANT FACTORS PERTINENT TO THE SUBJECT PROPERTY.  2) - THE APPRAISER THEN MAKES A PHYSICAL INSPECTION OF THE PROPERTY.  ALTHOUGH DUE DILIGENCE IS EXERCISED AT THE TIME OF THE INSPECTION, THE APPRAISER IS NOT AN EXPERT IN SUCH MATTERS AS PEST CONTROL, STRUCTURAL ENGINEERING, ETC. AND THERE IS NO WARRANTY GIVEN TO THESE ELEMENTS.  AS NEEDED, INSPECTIONS BY VARIOUS PROFESSIONALS WITHIN THESE FIELDS MIGHT BE RECOMMENDED WITH THE FINAL VALUE ESTIMATE SUBJECT TO THEIR FINDINGS. 3) - A SECOND REVIEW OF DATA IS PERFORMED WITH THE MOST RELEVANT FACTORS EXTRACTED AND CONSIDERED.  SALES ARE EXAMINED AND DISCUSSED WITH PARTIES INVOLVED OR VERIFIED PER DATA SOURCES THOUGHT RELIABLE.  ALL SALES INCLUDED IN THIS REPORT CLOSED ESCROW ON THE DATES INDICATED UNLESS OTHERWISE NOTED.  MARKET FACTORS ARE WEIGHTED AND THEIR INFLUENCE ON THE SUBJECT PROPERTY DETERMINED. 4) - THE APPRAISAL REPORT IS COMPLETED IN ACCORDANCE WITH UNIFORM STANDARDS OF PROFESSIONAL APPRAISAL PRACTICE AS DICTATED BY THE APPRAISAL FOUNDATION; THE CODES AND ETHICS DICTATED BY THE APPRAISAL INSTITUTE AND LENDER GUIDELINES.  THE REPORT INCLUDES ARE DATA AND INFORMATION NEEDED TO LEAD A READER TO A SIMILAR VALUE CONCLUSION. 5) - THE APPRAISAL REPORT IS DELIVERED TO THE LENDER/CLIENT AS NAME ON THE URAR (PAGE 1 AND COVER) WHICH IS THE COMPLETION OF THE ASSIGNMENT.  THE APPRAISAL REPORT IS DELIVERED USING ELECTRONIC TRANSMISSION AND IS ASSUMED NOT TO ALTER THE REPORT IN ANY WAY WHICH WOULD MAKE IT LESS COMPLETE OR ACCURATE.

INTENDED USER

THE INTENDED USER OF THIS APPRAISAL REPORT IS THE LENDER/CLIENT.  THE INTENDED USE IS TO EVALUATE THE PROPERTY THAT IS THE SUBJECT OF THIS APPRAISAL FOR MARKET VALUATION PURPOSES, SUBJECT THE STATED SCOPE OF WORK, PURPOSE OF THE APPRAISAL REPORTING REQUIREMENTS OF THIS APPRAISAL REPORT FORM, AND DEFINITION OF MARKET VALUE.  NO ADDITIONAL INTENDED USERS ARE IDENTIFIED BY THE APPRAISER.  PARTIES WHO RECEIVE A COPY OF THE APPRAISAL REPORT AS A CONSEQUENCE OF DISCLOSURE REQUIREMENT APPLICABLE TO AN APPRAISER'S CLIENT DO NOT BECOME INTENDED USERS OF THE REPORT UNLESS THEY WERE SPECIFICALLY IDENTIFIED AS INTENDED USERS BY THE APPRAISER AT THE TIME OF THE ASSIGNMENT.

MARKETING TIME AND EXPOSURE TIME

MARKETING TIME IS THE PERIOD OF TIME IT TAKES AN INTEREST IN REAL PROPERTY TO SELL ON THE MARKET SUBSEQUENT TO THE DATE OF AN APPRAISAL.  EXPOSURE TIME IS THE ESTIMATED LENGTH OF TIME THE PROPERTY INTEREST BEING APPRAISED WOULD HAVE BEEN ON THE MARKET PRIOR TO THE HYPOTHETICAL CONSUMMATION OF A SALE AT MARKET VALUE ON THE EFFECTIVE DATE OF APPRAISAL; A RETROSPECTIVE OPINION BASED ON AN ANALYSIS OF PAST EVENTS ASSUMING A COMPETITIVE AND OPEN MARKET.  MARKETING TIME DIFFERS FROM EXPOSURE TIME IN THAT EXPOSURE TIME IS PRESUMED TO PRECEDE THE DATE OF APPRAISAL.  THE MARKETING TIME HAS BEEN PROJECTED ABOVE.

EXPOSURE TIME IS BEST ESTABLISHED UPON THE EXPERIENCE OF RECENT COMPARABLES SALES AND DISCUSSIONS WITH MARKET PARTICIPANTS.  BASED ON THIS INFORMATION AND CONSIDERING THE PHYSICAL CHARACTERISTICS AND LOCATION OF THE SUBJECT PROPERTY, A REASONABLE ESTIMATE OF EXPOSURE TIME FOR THE SUBJECT IS APPROXIMATELY 180 DAYS.

STATEMENT OF APPRAISAL INDEPENDENCE AND APPRAISER COMPETENCE

THE APPRAISER IS FAMILIAR WITH APPRAISER INDEPENDENCE PROVISIONS WHICH HAVE TAKEN THE PLACE OF HVCC AS PER THE DODD-FRANK ACT. DURING THE COURSE OF THIS APPRAISAL ASSIGNMENT, THE APPRAISER WAS MADE AWARE OF NO ACTS OR PRACTICES THAT VIOLATE APPRAISER INDEPENDENCE PROVISIONS.  THE APPRAISER HAS NOT BEEN PROVIDED, BY AN AMC OR LOAN PRODUCTION STAFF, WITH AN ESTIMATED OR TARGET VALUE.  BY ACCEPTING AND COMPLETING THIS ASSIGNMENT, THE APPRAISER IS CERTIFYING THE HE IS COMPETENT WITH THE SPECIFIC PROPERTY TYPE AND GEOGRAPHIC LOCATION OF THE SUBJECT PROPERTY.

SPECIAL DISCLOSURES

CHRISTIAN E. PAULSEN, OREGON CERTIFIED RESIDENTIAL APPRAISER #CR00224 HAS INSPECTED THE SUBJECT PROPERTY AND THE EXTERIOR OF THE COMPARABLES AND UNLESS OTHERWISE STATED IS SOLELY RESPONSIBLE FOR THE CONTENTS OF THIS APPRAISAL REPORT.  THE APPRAISER HAS NO PERSONAL INTEREST IN THE SUBJECT PROPERTY AND HAS NOT PROVIDED ANY SERVICES WITH REGARD TO THE SUBJECT PROPERTY OVER THE PREVIOUS THREE YEARS.

THE REPORTED ANALYSES, OPINIONS, AND CONCLUSIONS WERE DEVELOPED, AND THIS REPORT HAS BEEN PREPARED, IN CONFORMITY WITH THE REQUIREMENTS OF THE CODE OF PROFESSIONAL ETHICS AND STANDARDS OF PROFESSIONAL APPRAISAL PRACTICE OF THE APPRAISAL INSTITUTE, WHICH INCLUDE THE UNIFORM STANDARDS OF PROFESSIONAL APPRAISAL PRACTICE.

THE USE OF THIS REPORT IS SUBJECT TO THE REQUIREMENTS OF THE APPRAISAL INSTITUTE RELATING TO REVIEW BY ITS DULY AUTHORIZED REPRESENTATIVES.

THE SIGNATURE AND PASSWORD FOR THE REPORT ARE PROTECTED AND CANNOT BE CHANGED BY READER.  IF ANY PART OF THE REPORT IS REMOVED OR CHANGE BY THE READER OR THIRD PARTY, THIS REPORT IS CONSIDERED VOID.

| Borrower | | | | RONNIE SAPP | | | | |
|---|---|---|---|---|---|---|---|---|
| Property Address | | | | 30620 SW ROSE LN | | | | |
| City | WILSONVILLE | County | CLACKAMAS | State | OR | Zip Code | 97070 | |
| Lender/Client | | RONNIE SAPP | | Address | | | | |



AERIAL

File No.   F23-182

| Borrower | | | RONNIE SAPP | | | | | |
|---|---|---|---|---|---|---|---|---|
| Property Address | 30620 SW ROSE LN | | | | | | | |
| City | WILSONVILLE | County | | CLACKAMAS | State | OR | Zip Code | 97070 |
| Lender/Client | | RONNIE SAPP | | Address | | | | |



PAULSEN APPRAISAL INC.

**FLOOD MAP ADDENDUM**

File No. F23489

| | | | | | | |
|---|---|---|---|---|---|---|
| Borrower | | RONNIE SAPP | | | | |
| Property Address | 30620 SW ROSE LN | | | | | |
| City | WILSONVILLE | County | CLACKAMAS | State | OR | Zip Code | 97070 |
| Lender/Client | | RONNIE SAPP | Address | | | |



### Flood Map Legends

**Flood Zones**

- Areas inundated by 100-year flooding
- Areas inundated by 500-year flooding
- Areas of undetermined but possible flood hazards
- Floodway areas with velocity hazard
- Floodway areas
- COBRA zone

### Flood Zone Determination

| | |
|---|---|
| In Special Flood Hazard Area (Flood Zone): | In |
| Within 250 ft. of multiple flood zones? | Within 250 feet |
| Community: | 410025 |
| Community Name: | WILSONVILLE, CITY OF |
| Map Number: | 41005C0242D |
| Zone: AE  Panel: 0242D  Panel Date: | 06/17/2008 |
| FIPS Code: 41005  Census Tract: | 0227.10 |

This Report is for the sole benefit of the Customer that ordered and paid for the Report and is based on the property information provided by that Customer. That Customer's use of this Report is subject to the terms agreed to by that Customer when accessing this product. THE SELLER OF THIS REPORT MAKES NO REPRESENTATIONS OR WARRANTIES TO ANY PARTY CONCERNING THE CONTENT, ACCURACY, OR COMPLETENESS OF THIS REPORT INCLUDING ANY WARRANTY OR MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. The seller of this Report shall not have any liability to any third party for any use or misuse of this Report.

PAULSEN APPRAISAL INC.

**SUBJECT PHOTO ADDENDUM**

File No. ___ 23-182

| | |
|---|---|
| Borrower | RONNIE SAPP |
| Property Address | 30620 SW ROSE LN |
| City WILSONVILLE | County CLACKAMAS | State OR | Zip Code 97070 |
| Lender/Client RONNIE SAPP | Address |



**FRONT OF
SUBJECT PROPERTY**

30620 SW ROSE LN
WILSONVILLE, OR 97070



**REAR OF
SUBJECT PROPERTY**



**STREET SCENE**

PAULSEN APPRAISAL INC.

**SUBJECT PHOTO ADDENDUM**

File No. F23-182

| Borrower | | RONNIE SAPP | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 30620 SW ROSE LN | | | | | | |
| City | WILSONVILLE | County | CLACKAMAS | State | OR | Zip Code | 97070 |
| Lender/Client | RONNIE SAPP | | Address | | | | |



KITCHEN



LIVING ROOM



FAMILY ROOM

| | | | | | | |
|---|---|---|---|---|---|---|
| Borrower | RONNIE SAPP | | | | | |
| Property Address | 30620 SW ROSE LN | | | | | |
| City  WILSONVILLE | | County | CLACKAMAS | State | OR | Zip Code  97070 |
| Lender/Client  RONNIE SAPP | | | Address | | | |



POWDER BATHROOM



DINING



BATHROOM

PAULSEN APPRAISAL INC.

**SUBJECT PHOTO ADDENDUM**

File No. 23-182

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Borrower | | | RONNIE SAPP | | | | |
| Property Address | 30620 SW ROSE LN | | | | | | |
| City | WILSONVILLE | County | CLACKAMAS | State | OR | Zip Code | 97070 |
| Lender/Client | | RONNIE SAPP | Address | | | | |



BEDROOM 1



BEDROOM 2



LOWER BEDROOM

PAULSEN APPRAISAL INC.

## SUBJECT PHOTO ADDENDUM

File No.    23-182

| | | | | | | |
|---|---|---|---|---|---|---|
| Borrower | | | RONNIE SAPP | | | |
| Property Address | 30620 SW ROSE LN | | | | | |
| City | WILSONVILLE | County | CLACKAMAS | State | OR | Zip Code | 97070 |
| Lender/Client | | RONNIE SAPP | | Address | | |



LOWER BONUS



VIEW AND DOCK PILINGS



YARD

PAULSEN APPRAISAL INC.
COMPARABLES 1-3

File No. F23-182

| | |
|---|---|
| Borrower | RONNIE SAPP |
| Property Address | 30620 SW ROSE LN |
| City | WILSONVILLE | County | CLACKAMAS | State | OR | Zip Code | 97070 |
| Lender/Client | RONNIE SAPP | Address | |



**COMPARABLE #** 1

37300 NE WILSONVILLE RD
NEWBERG, OR 97132



**COMPARABLE #** 2

23765 BUTTEVILLE RD
AURORA, OR 97002



**COMPARABLE #** 3

6549 FAILING ST
WEST LINN, OR 97068

| Borrower | | | | RONNIE SAPP | | | | |
|---|---|---|---|---|---|---|---|---|
| Property Address | 30620 SW ROSE LN | | | | | | | |
| City | WILSONVILLE | County | CLACKAMAS | State | OR | Zip Code | 97070 | |
| Lender/Client | | RONNIE SAPP | | Address | | | | |



**COMPARABLE #  4**

13348 FIELDING RD
LAKE OSWEGO, OR 97034



**COMPARABLE #  5**

7130 SW MONTGOMERY WAY
WILSONVILLE, OR 97070



**COMPARABLE #  6**

6740 SW MONTGOMERY WAY
WILSONVILLE, OR 97070

| Borrower | | | RONNIE SAPP | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | | | 30620 SW ROSE LN | | | | |
| City | WILSONVILLE | County | CLACKAMAS | State | OR | Zip Code | 97070 |
| Lender/Client | | RONNIE SAPP | | Address | | | |



LICENSE

File No. F23-182

| Borrower | | | | RONNIE SAPP | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Property Address | 30620 SW ROSE LN | | | | | | | | |
| City | WILSONVILLE | County | | CLACKAMAS | | State | OR | Zip Code | 97070 |
| Lender/Client | | RONNIE SAPP | | | Address | | | | |



Appraiser Certification and Licensure Board
State Certified Residential Appraiser
28 hours of continuing education required

License No.: CR00224
Issue Date: August 01, 2021
Expiration Date: July 31, 2023

CHRISTIAN E PAULSEN
PAULSEN APPRAISAL INC
23590 SW ELDERBERRY LN
WEST LINN, OR 97068

Chad Koch, Administrator

STATE OF OREGON
1859