

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

07/18/2023 01:30 PM

COURTROOM Room 4-102

HONORABLE CARYL DELANO

| CASE NUMBER: | FILING DATE: |
|---|---|
| 2:23-bk-00373-FMD    11 | 04/02/2023 |

**Chapter 11**

**DEBTOR:**  H2O Investment Properties LLC

**DEBTOR ATTY:**  Jennifer Duffy

**TRUSTEE:**  Michael Markham

**HEARING:**

Amended Motion for Prospective Relief from Stay. (Verify Payment of Filing Fee on Previous Motion). Re: 30620 SW ROSE LN, WILSONVILLE, OR 97070. OR IN THE ALTERNATIVE MOTION FOR RELIEF FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362(D)(1)/REQUEST FOR ADEQUATE PROTECTION Filed by Melbalynn Fisher on behalf of Creditor BCMB1 Trust (related document(s)[48]). (Fisher, Melbalynn) Doc #52
- Objection to Amended BCMB1 Trust's Motion for Prospective Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(D)(4)(A) or in the Alternative Motion for Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(D)(1)/Request for Adequate Protection Filed by Christian G Haman on behalf of Debtor H2O Investment Properties LLC (related document(s)[52]). (Haman, Christian) Doc #59

**APPEARANCES:**: Mike Dal Lago, Michael Markham, Melbalynn Fisher, Ben Lambers

**WITNESSES:**

**EVIDENCE:**

**RULING:**
Amended Motion for Prospective Relief from Stay. (Verify Payment of Filing Fee on Previous Motion). Re: 30620 SW ROSE LN, WILSONVILLE, OR 97070. OR IN THE ALTERNATIVE MOTION FOR RELIEF FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362(D)(1)/REQUEST FOR ADEQUATE PROTECTION Filed by Melbalynn Fisher on behalf of Creditor BCMB1 Trust (related document(s)[48]). (Fisher, Melbalynn) Doc #52 - Continued to 8/16/2023 at 10:30 am, Stay remains in effect O/Dal Lago

- Objection to Amended BCMB1 Trust's Motion for Prospective Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(D)(4)(A) or in the Alternative Motion for Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(D)(1)/Request for Adequate Protection Filed by Christian G Haman on behalf of Debtor H2O Investment Properties LLC (related document(s)[52]). (Haman, Christian) Doc #59
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.