**IN THE UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FT. MYERS DIVISION**

IN RE:

H2O INVESTMENT PROPERTIES, LLC,   Case No. 2:23-bk-00373-FMD
                                  Chapter 11, Subchapter V
    Debtor
_____/

**NOTICE OF APPLICATION FOR COMPENSATION**
**AND REIMBURSEMENT OF EXPENSES**
**AND OPPORTUNITY TO OBJECT AND REQUEST A HEARING**

Michael C. Markham, Subchapter V Trustee for the Estate of H2O Investment Properties, LLC ("Applicant") has filed an application for compensation in the amount of $3,952.50 and reimbursement of expenses in the amount of $0.00 (the "Application"). A copy of the Application may be viewed on the case docket or by request to Applicant at (813) 225-2500 or MikeM@jpfirm.com.

If you object to the Application, you must file an objection with the Clerk of Court at 801 N. Florida Avenue, Suite 555, Tampa, FL 33602 within 21 days from the date of the proof of service below, plus an additional three days if this notice was served on any party by U.S. Mail.

If you file and serve an objection within the time permitted, the Court will either (1) notify you of a hearing date, or (2) consider the Application and approve or disapprove the Application without a hearing.  If you do not file an objection within the time permitted, the Court will consider that you do not oppose the Application, and the Court will consider the Application without further notice or hearing.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true copy of the foregoing has been served upon all creditors (see attached Matrix) by U.S. Mail this 26th day of July, 2023 and on the CM/ECF participants

(indicated on the attached Matrix with a "+" symbol) via Electronic Service Text Entry at the time of entry by the Court.

      /s/ Michael C. Markham
Michael C. Markham, FBN:  0768560
Johnson, Pope, Bokor, Ruppel, & Burns, LLP
401 E. Jackson Street, Suite 3100
Tampa, FL  33602
Telephone:  (813) 225-2500
Facsimile:  (813) 223-7118
Subchapter V Trustee

8938419_1

```
Label Matrix for local noticing          Caryl E. Delano                          H2O Investment Properties LLC
113A-2                                   Tampa                                    999 Vanderbilt Beach Road
Case 2:23-bk-00373-FMD                   , FL                                     Suite 200
Middle District of Florida                                                        Naples, FL 34108-3512
Ft. Myers
Wed Jul 26 15:06:38 EDT 2023

UMB Bank, National Association, not in its i   Arbor Village Homeowners Assoc    BCMB1 Trust
Greenspoon Marder LLP                    13106 SE 240th St Ste 200                Planet Home Lending, LLC
c/o Lindsey Savastano, Esq.              Kent, WA 98031-9212                      321 Research Parkway, Suite 303
100 West Cypress Creek Rd., Suite 700                                             Meriden CT 06450-8342
Fort Lauderdale, FL 33309-2195


Brilliant Homes LLC                      Citadel Servicing Corp                   Citadel Servicing Corp
4035 SE 52ND AVE STE A                   15707 Rockfield Blvd, Ste 320            3220 El-Camino Real
Portland, OR 97206-3913                  Irvine, CA 92618-2874                    Irvine, CA 92602-1377



Citadel Servicing Corporation            City of Oregon City                      Clackamas County Service District
3 Ada Parkway, Suite 200A                625 Center Street                        Water / Sewer Dept
Irvine, CA 92618-2322                    Oregon City, OR 97045-2253               150 Beavercreek Road #430
                                                                                  Oregon City, OR 97045-4302


Clackamas County Tax Collector           DJ Property Solutions, LLC               Deem Realty Funding Inc
Real Estate taxes                        1609 Blue Quail Lane                     11623 Zingelmann Rd
2051 Kaen Rd                             College Station, TX 77845-6113           Galveston, TX 77554-9449
Oregon City, OR 97045-4035


Department of Revenue                    Greenspoon Marder LLP                    Gretchen Pan & Zianghua 'Ed' Pan
PO Box 6668                              c/o Trustee Corps                        c/o Troy G. Sexton, Esq.
Tallahassee FL 32314-6668                17100 Gillette Avenue                    117 SW Taylor, Ste 300
                                         Irvine, CA 92614-5603                    Portland, OR 97204-3029


Internal Revenue Service                 Loan Processing Servicing Corp           (p)OREGON STATE CREDIT UNION
P.O. Box 7346                            19528 Ventura Blvd , #502                PO BOX 306
Philadelphia, PA 19101-7346              Tarzana, CA 91356-2917                   CORVALLIS OR 97339-0306


Planet Home Lending                      Quality Loan Service Corp of Washington  Shell Point Mortgage Services
321 Research Pkwy #303                   108 1st Ave S, Seattle                   2100 E Elliot Rd, Ste A
Meriden, CT 06450-8342                   Seattle, WA 98104-2538                   Tempe , AZ 85284-1806


Trustee Corps                            UMB Bank, National Association           Umpqua Bank
606 W. Gowe Street                       c/o Lindsey Savastano, Esq.              707 West Main St
Kent, WA 98032-5744                      100 West Cypress Creek Rd., Suite 700    PO Box 2224
                                         Fort Lauderdale, FL 33309-2195           Spokane , WA 99210-2224


Benjamin E. Lambers +                    United States Trustee - FTM +            Lindsey A Savastano +
Timberlake Annex                         Timberlake Annex, Suite 1200             Greenspoon Marder LLP
501 E. Polk Street, Suite 1200           501 E. Polk Street                       Trade Centre South
Tampa, FL 33602-3945                     Tampa, FL 33602-3949                     100 West Cypress Creek Road
                                                                                  Ste 700
                                                                                  Fort Lauderdale, FL 33309-2195
```

| | | |
|---|---|---|
| Michael R Dal Lago + <br> 999 Vanderbilt Beach Road, Suite 200 <br> Naples, FL 34108-3512 | Melbalynn Fisher + <br> Ghidotti & Berger LLP <br> 1031 North Miami Beach Boulevard <br> North Miami Beach, FL 33162-3842 | Christian G Haman + <br> Dal Lago Law <br> 999 Vanderbilt Beach Road, Suite 200 <br> Naples, FL 34108-3512 |
| Jennifer M Duffy + <br> Dal Lago Law <br> 999 Vanderbilt Beach Road, Suite 200 <br> Naples, FL 34108-3512 | Michael C Markham + <br> 401 E. Jackson Street <br> Ste 3100 <br> Tampa, FL 33602-5228 | Note: Entries with a '+' at the end of the name have an email address on file in CMECF |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Oregon State Credit Union
PO Box 306
Corvallis, OR 97339

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u) BCMB1 Trust | (u)Terry Sprague <br> Luxe   Forbes Global Properties | (d)Deem Realty Funding Inc. <br> 11623 Zingelmann Rd <br> Galveston, TX 77554-9449 |
| (u)Jennifer Sirrine | (u)Naples Business Suites LLC <br> Concierge Executive Offices <br> 999 Vanderbilt Beach Road, Ste 200 | End of Label Matrix <br> Mailable recipients    35 <br> Bypassed recipients     5 <br> Total                  40 |