# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - FT. MYERS DIVISION

| | |
|---|---|
| IN RE: | Case No.2:23-bk-00373-FMD |
| H2O INVESTMENT PROPERTIES LLC, | Chapter 11 |
| Debtor. _____ / | |

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM #4-1

**COMES NOW,** The Bank of New York Mellon fka The Bank of New York as Trustee for the Certificateholders of the CWALT, INC., Alternative Loan Trust 2007-OA4 Mortgage PassThrough Certificates, Series 2007-OA4 (Secured Creditor), and files this *Notice of Withdrawal of the Proof of Claim* [Claim No. 4-1] filed on September 12, 2023 without prejudice.

Respectfully Submitted:

/s/ *Wanda D. Murray*
Wanda D. Murray
Bar No.: 566381
Aldridge Pite,
Attorney for Secured Creditor
Six Piedmont Center  3525 Piedmont Road,
N.E., Suite 700  Atlanta, GA 30305
Phone: (404) 994-7400
Fax: (888) 873-6147
Email: WMurray@aldridgepite.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Notice of Withdrawal of Proof of Claim 4-1 was served electronically or via U.S. Mail, first-class postage prepaid, to:

**DEBTOR ATTORNEY
(via electronic notice)**
Michael R Dal Lago
mike@dallagolaw.com

**DEBTOR**
H2O Investment Properties LLC
999 Vanderbilt Beach Road, Suite 200
Naples, FL 34108

**TRUSTEE
(via electronic notice)**
Michael C Markham
mikem@jpfirm.com

**UNITED STATES TRUSTEE
(via electronic notice)**
United States Trustee - FTM
USTPRegion21.TP.ECF@USDOJ.GOV

Benjamin E. Lambers
Ben.E.Lambers@usdoj.gov

Dated: September 14, 2023

/s/ *Wanda D. Murray*
Wanda D. Murray
Bar No.: 566381
Aldridge Pite, LLP
Attorney for Secured Creditor
Six Piedmont Center  3525 Piedmont Road,
N.E., Suite 700  Atlanta, GA 30305
Phone: (404) 994-7400
Fax: (888) 873-6147
Email: WMurray@aldridgepite.com