

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

09/22/2023 10:00 AM

COURTROOM Room 4-102

HONORABLE CARYL DELANO

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| **2:23-bk-00373-FMD** | **11** | **04/02/2023** |

**Chapter 11**

**DEBTOR:**   H2O Investment Properties LLC

**DEBTOR ATTY:**   Jennifer Duffy

**TRUSTEE:**   Michael Markham

**HEARING:**

*Post Confirmation Status Conference   (Sub V Case)

**APPEARANCES::** Mike Dal Lago, Ben Lambers, Michael Markham, Jennifer Lafgus, Lindsay Salvastano, Melbalynn Fisher

**WITNESSES:**

**EVIDENCE:**

**RULING:**
*Post Confirmation Status Conference   (Sub V Case) -   Continued to 12/4/2023 at 1:30 pm, Announced in Open Court No Further Notice Given
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.