**Fill in this information to identify the case:**

Debtor Name  H2O Investment Properties LLC

United States Bankruptcy Court for the: Middle District of Florida

Case number:  2:23-bk-00373-FMD

☐ Check if this is an
amended filing

## Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11                12/

Month:   September 2023

Date report filed:  10/19/2023
MM / DD / YYYY

Line of business: _____

NAISC code: _____

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party:                          Ronald G Sapp

Original signature of responsible party

Printed name of responsible party      Ronald Sapp

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.**

| | Yes | No | N |
|---|---|---|---|
| 1. Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. Did you pay your employees on time? | ☐ | ☐ | ☑ |
| 5. Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. Have you timely filed your tax returns and paid all of your taxes? | ☐ | ☐ | ☐ |
| 7. Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☐ |
| 9. Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |

**If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.**

| | Yes | No | |
|---|---|---|---|
| 10. Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☑ | ☐ | ☐ |
| 16. Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name  H20 Investment Properties LLC                    Case number  2:23-bk-00373-FMD

| | | ☐ | ☑ | ☐ |
|---|---|---|---|---|
| 17. | Have you paid any bills you owed before you filed bankruptcy? | ☐ | ☑ | ☐ |
| 18. | Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? | ☐ | ☑ | ☐ |

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

    $ ___1,114.63___

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.     $ ___12,782.56___

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.     − $ ___12,782.56___

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.     + $ ___0.00___

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.     = $ ___1,114.63___

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**     $ ___0.00___

    *(Exhibit E)*

Debtor Name  H20 Investment Properties LLC

Case number  2:23-bk-00373-FMD

---

### 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25.  **Total receivables**                                                                                                    $ _____ 0.00

     *(Exhibit F)*

---

### 5. Employees

26.  What was the number of employees when the case was filed?                                                      _____ 0

27.  What is the number of employees as of the date of this monthly report?                                        _____ 0

---

### 6. Professional Fees

28.  How much have you paid this month in professional fees related to this bankruptcy case?        $ _____ 0.00

29.  How much have you paid in professional fees related to this bankruptcy case since the case was filed?    $ _____ 13,147.37

30.  How much have you paid this month in other professional fees?                                                $ _____ 0.00

31.  How much have you paid in total other professional fees since filing the case?                          $ _____ 0.00

---

### 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
|  | **Projected** | − | **Actual** | = | **Difference** |
|  | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32.  **Cash receipts** | $ 12,500.00 | − | $ 12,782.56 | = | $ 282.56 |
| 33.  **Cash disbursements** | $ 12,500.00 | − | $ 12,782.56 | = | $ 282.56 |
| 34.  **Net cash flow** | $ 0.00 | − | $ 0.00 | = | $ 0.00 |

35.  Total projected cash receipts for the next month:                                                          $ 12,700.00

36.  Total projected cash disbursements for the next month:                                                  − $ 12,700.00

37.  Total projected net cash flow for the next month:                                                          = $ 0.00

---

Debtor Name  H20 Investment Properties LLC                          Case number 2:23-bk-00373-FMD

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑  38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐  39.  Bank reconciliation reports for each account.

☐  40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐  41.  Budget, projection, or forecast reports.

☐  42.  Project, job costing, or work-in-progress reports.

# SEPTEMBER EXPENSE H20 INVESTMENT PROPERTIES, LLC

TOTAL TO DATE:  **$            12,782.56**

| DATE OF PAYMENT | PAID BY | PAID TO | DESCRIPTION | AMOUNT PAID | RUNNING TOTAL |
|---|---|---|---|---|---|
| 09/01/23 | Brilliant Homes on behalf of H2O invest. Prop., LLC | Naples Executive Suites | Virtual Office | $340.64 | $       340.64 |
| 09/12/23 | Brilliant Homes on behalf of H2O invest. Prop., LLC | PGE | Utilites | $1,400.00 | $1,740.64 |
| 09/12/23 | Brilliant Homes on behalf of H2O invest. Prop., LLC | State Farm Insurance | Insurance for Rose Lane | $724.62 | $2,465.26 |
| 09/13/23 | Brilliant Homes on behalf of H2O invest. Prop., LLC | NW Natural Gas | Utilites | $111.30 | $   2,576.56 |
| 09/18/23 | Brilliant Homes on behalf of H2O invest. Prop., LLC | Republic Services | Utilites (Trash Services) | $9,507.26 | $   12,083.82 |
| 09/20/23 | Brilliant Homes on behalf of H2O invest. Prop., LLC | NW Natural Gas | Utilites | $698.74 | $12,782.56 |

Naples Executive Suites
999 Vanderbilt Beach Road
Naples, FL 34108
(239) 325-5000

*Brilliant Homes on behalf of H2O Investment Prope... LLC.*

**Client Identification:** ▮677
H2O Investment Properties LLC
999 Vanderbilt Beach Road
Suite 200
Naples, FL 34108
**Attn: Ronnie Sapp**

| | |
|---|---|
| **Invoice Date:** | 8/15/2023 |
| **Due Date:** | 9/1/2023 |
| **Invoice Number:** | 7826506 |
| **Balance Forward:** | $346.15 |
| **Payments/Credits:** | $346.15 |
| **Current Invoice Amount:** | $361.77 |
| **Ending Balance:** | $361.77 |

**Invoice For:**
**September 2023 Fixed Charges, August 2023 Variable Charges**

*Payments/Credits*

| 8/1/2023 | Payment Received-Thank You | |
|---|---|---|
| | | $346.15 |
| | **Total Deposits/Refunds:** | $346.15 |

*Current Charges*

| | |
|---|---|
| Credit Card Fees | $10.04 |
| Postage | $15.60 |
| Virtual Office | $315.00 |
| **Total Current Charges:** *Paid —* | $340.64 |

*Tax Summary*

| Description | Taxable Amount | Tax Rate | Taxes |
|---|---|---|---|
| Sales Tax | $325.04 @ | 6.500 % | $21.13 |
| | | | $21.13 |

| | |
|---|---|
| **Total Invoice Charges:** | **$361.77** |
| Payment is due by the 1st day of the month | |
| **Please Pay the Total Amount Of:** | **$361.77** |

We appreciate your business!   Thank You!   We also accept Master Card, Visa and American Express.

## Invoice Details
### H2O Investment Properties LLC

| Date | Quantity | Amount | Unit | Description |
|------|----------|--------|------|-------------|
| Virtual Office | | | | |
| 9/1/2023 | 1.00 | $315.00 | | Virtual Office |
| Sum: | 1.00 | $315.00 | | |
| Credit Card Fees | | | | |
| 8/1/2023 | 1.00 | $10.04 | | Surcharge on CC Pymt of $346.15 |
| Sum: | 1.00 | $10.04 | | |
| Postage | | | | |
| 8/11/2023 | 1.00 | $15.60 | | Postage |
| Sum: | 1.00 | $15.60 | | |
| Grand Total: | 3.00 | $340.64 | | |

**12:58**


< Back    **Payment Summary**    

 State Farm

STATE FARM - INSURANCE

Hello, Michelle.    Brilliant Homes of behalf H2O Inv. prop LLC.

Thank you for your payment. Here's your receipt.

We received payment from your financial card ending in 5045 in the amount of $724.62 on September 12, 2023.

We applied your payment as described below. If you did not authorize this transaction, or believe you received this information in error, contact your State Farm® agent. When calling, please use your payment reference number 8W9WL74K. Freya accepted your payment.

## Your receipt

Paid 09-08-2023

| Policy number | Policy type | Amount paid |
|---|---|---|
| **Total amount paid to billing account** | | |
| ▮▮83-15 | | $724.62 |



**Don Clarke**
503-636-7667
Agent License #: OR-18785732; CA-0M38565; WA-982796

_Visit my website_

f    in

This receipt is for the payment towards the policies and/or accounts listed above and it does not reflect policy or account balances. The date and/or time on this receipt may not be the same as your coverage effective date(s). Check your coverage documents for coverage effective date(s). We consider a payment to be accepted if it meets the policy provisions and payment is collected. If we are unable to collect payment for any reason this receipt is void. You guarantee you own or have legal access to the financial account you've indicated for this payment and payment complies with applicable law. State Farm may initiate adjustments for any transactions debited/credited in error. Overpayments will be applied to your outstanding balance or added to your policy as applicable.

Policies identified on this receipt are provided by one or more State Farm affiliates. The State Farm affiliates include the listed entities and any other subsidiary or affiliate hereafter formed or acquired by State Farm Mutual Automobile Insurance Company. Please also note that a currently listed entity may also stop offering this agreement:

State Farm Mutual Automobile Insurance Company

State Farm Indemnity Company
State Farm Fire and Casualty Company
State Farm General Insurance Company
State Farm Life Insurance Company
State Farm Life and Accident Assurance Company
State Farm Guaranty Insurance Company
State Farm Florida Insurance Company
State Farm Lloyds
State Farm County Mutual Insurance Company of Texas
State Farm International Life Insurance Company Ltd.
State Farm Classic Insurance Company

Contact Us   Privacy Policy   Terms of Use Like a good neighbor, State Farm is there.®



## Quick Reference Information

| | |
|---|---|
| **Account Number** | ███ 340-3 |
| **Bill Date** | 8/28/2023 |
| **Bill Inquiries** | 800-422-4012 |
| **Current Charges Due** | 9/18/2023 |
| **AMOUNT DUE** | $698.74 |

**NW Natural®**
nwnatural.com

Customer Statement For Service At:
BRILLANT HOMES LLC
909 SW Schaeffer Rd
West Linn, OR 97068-9656

*Brillant Homes on behalf of H2O Inv prop LLC*

### USAGE SUMMARY

Meter 883496

| | | |
|---|---|---|
| Actual Read | 4769 | 8/28/23 |
| Actual Read | - 4387 | 7/28/23 |
| Units of gas | 382 | 31 days |
| Billing Factor | x 1.192 | |
| Therms | 455.3 | |

### NW NATURAL ACCOUNT SUMMARY

| | |
|---|---|
| **Previous Balance** | $938.98 |
| **Payment(s) Received** | 938.98CR |
| Subtotal Balance Forward | $.00 |

**Current Charges**

| | | |
|---|---|---|
| Monthly Service Charge Rate 02R | | 8.00 |
| Gas Usage | 455.3 @ 1.43686 | 654.20 |
| Schedule 335 Fee | | .17 |
| Metro Housing Services Tax | | .26CR |
| Public Purpose Charge | | 36.63 |

| | |
|---|---|
| Subtotal Current Charges | $698.74 |
| **New Balance** | $698.74 |

** Auto-Pay ** Your automatic payment will be processed on the due date of this bill.
A late charge of 2.2% with a minimum of $3.00 may be assessed on a past due balance of $50.00 or more.
You are participating in the WARM program, which adjusts bills if weather between Dec. and mid-May is colder or warmer than normal.
Thank you for your payment.



| BILLING PERIOD | LOCAL AVG DAILY TEMP | DAYS IN BILLING PERIOD | THERMS | AVG THERMS PER DAY |
|---|---|---|---|---|
| AUG 23 | 75.8 | 31 | 455 | 14.7 |
| AUG 22 | N/A | N/A | N/A | N/A |

You are enrolled in WARM, the billing program designed to smooth out impacts of weather variances for those who heat with gas during the Dec-May heating season. If you would like to opt out of WARM, visit nwnatural.com or call 800-422-4012 by Sept. 30.

---

Please detach and return this portion with your payment.

**NW Natural®**
PO BOX 6017
Portland Oregon 97228-6017

☐ CHECK BOX IF ADDRESS CHANGE OR COMMENTS NOTED ON BACK OF BILL.

**ACCOUNT NUMBER**
███ 340-3

BRILLANT HOMES LLC
17600 PACIFIC HWY UNIT 338
MARYLHURST OR 97036-0801

*Paid 09-18-203*



| DEDUCTION DATE | AUTO PAY |
|---|---|
| 9/18/2023 | DO NOT SEND PAYMENT |

NW NATURAL

1:01 *Brilliant Homes*
*Paying on behal*
*of H2o Inv prop LLC.*

< All Inboxes

*Brilliant Homes doing Business as H2o Inv prop*



**noreply@republicservices....** 9/20/23
To: Michelle B >

## Thank You for Your Payment

09/20/2023

Dear Michelle Baron,

Thank you for your payment of $111.30
Reference ID 449381533052 for account
█████ 6633 made on 09/20/2023.
Please allow 48 hours for your payment to
post to your account.

If you have any questions please contact
Customer Service online at
RepublicServices.com.

Thank you for being a valued customer and
using Republic Services Online Bill Pay.

Sincerely,
Republic Services Customer Resource
Center

Please do not reply to this message, it was

1:24

◀ Mail

🔒 portlandgeneral.com

Oct. 16, 2023

Need more time to pay?

Last payment of $250.00 received Oct. 17, 2023.

Pay Bill

Download bill (PDF) ⌄

Bill details    *Brilliam Homes Paying- & doing Business as on behalf of H2o PNV prop LLC.*

**Your energy uses this month**
See how your energy use compared to last month.    ⌄

**View your recent payments**
Review your last 3 payments.    ⌃

**$250.00**
Paid on:  Oct. 17, 2023

**$1,400.00**
Paid on:  Sep. 12, 2023

**$1,200.00**
Paid on:  Aug. 07, 2023

Billing and payment history >

# Initiate Business Checking℠

September 30, 2023 ◼ Page 1 of 4

H2O INVESTMENT PROPERTIES,LLC
DEBTOR IN POSSESSION
CH 11 CASE 23-00373(MFL)
909 SW SCHAEFFER RD
WEST LINN OR 97068-9656

## Questions?

*Available by phone Mon-Sat 7:00am-11:00pm Eastern
Time, Sun 9:00am-10:00pm Eastern Time:*
We accept all relay calls, including 711
  **1-800-CALL-WELLS**  (1-800-225-5935)

*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:*  Wells Fargo Bank, N.A. (115)
      P.O. Box 6995
      Portland, OR  97228-6995

## Your Business and Wells Fargo

Visit wellsfargo.com/digitalbusinessresources to explore tours, articles,
infographics, and other resources on the topics of money movement, account
management and monitoring, security and fraud prevention, and more.

### Account options

*A check mark in the box indicates you have these
convenient services with your account(s). Go to
wellsfargo.com/biz or call the number above if you have
questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☐ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

### Other Wells Fargo Benefits

It's a new day for the Security Center in the Wells Fargo Mobile® app. With a new look, easier navigation, and a brand new
interactive security check-up tool, you can see your security settings in one place and make sure they are up to date. It's live now,
so sign-on or download the Wells Fargo Mobile app today to check it out and learn about ways to help protect your accounts and
information.

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 9/1 | $197.37 |
| Deposits/Credits | 10,000.00 |
| Withdrawals/Debits | - 9,517.26 |
| Ending balance on 9/30 | $680.11 |

Account number:          8071
H2O INVESTMENT PROPERTIES,LLC
DEBTOR IN POSSESSION
CH 11 CASE 23-00373(MFL)

*Oregon account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN)

For Wire Transfers use
Routing Number (RTN)

## Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|--------------|-------------|-------------------|---------------------|----------------------|
| 9/12 | | Online Transfer From Baron M Everyday Checking xxxxxx0494 Ref #Ib0Kpj46Pp on 09/12/23 | 10,000.00 | | 10,197.37 |
| 9/13 | 1053 | Check | | 9,507.26 | 690.11 |
| 9/29 | | Monthly Service Fee | | 10.00 | 680.11 |
| Ending balance on 9/30 | | | | | 680.11 |
| Totals | | | $10,000.00 | $9,517.26 | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Summary of checks written (checks listed are also displayed in the preceding Transaction history)

| Number | Date | Amount |
|--------|------|--------|
| 1053 | 9/13 | 9,507.26 |

## Items returned unpaid

| Date | Description | Amount |
|------|-------------|--------|
| 9/7 | Check Reference # 00007306008218846173 | 9,507.26 |

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 09/01/2023 - 09/30/2023 | Standard monthly service fee $10.00 | You paid $10.00 |
|-------------------------------------|--------------------------------------|-----------------|
| How to avoid the monthly service fee Have any ONE of the following each fee period | Minimum required | This fee period |
| • Average ledger balance | $1,000.00 | $826.00 ☐ |
| • Minimum daily balance | $500.00 | $197.37 ☐ |

The Monthly service fee summary fee period ending date shown above includes a Saturday, Sunday, or holiday which are non-business days. Transactions occurring after the last business day of the month will be included in your next fee period.
CVCI

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 5,000 | 0 | 0.0030 | 0.00 |
| Transactions | 1 | 100 | 0 | 0.50 | 0.00 |
| Total service charges | | | | | $0.00 |

# ☑ IMPORTANT ACCOUNT INFORMATION

Limits to your Card

Effective on or after August 28, 2023 in Selected Terms and Conditions for
- Wells Fargo Consumer debit and ATM cards
- Wells Fargo Campus debit and ATM cards
- Wells Fargo Business debit, ATM, and deposit cards
- Wells Fargo Advisors debit cards

In the section titled "Using your card," under subsection titled "Daily limits and funds available for using your Card" bullet titled "The limits for your Card" is deleted and replaced with:

The limits for your Card: We provide you your daily ATM withdrawal and purchase limits when you receive your Card. You can confirm your Card's daily limits by signing on to Wells Fargo Online or the Wells Fargo Mobile® app, or calling us at the number listed in the "Contact Us" section. Note: For security reasons there may be additional limits on the amount, number, or type of transactions you can make using your Card, including the geographic location of the ATM or merchant.

Please see the Wells Fargo debit and ATM card terms and conditions applicable to your card, which can be found at www.wellsfargo.com/debit-card/terms-and-conditions.

This notice re-establishes that Wells Fargo has the right to conduct setoff for overdrawn deposit account balances, where applicable, and in accordance with your governing Deposit Account Agreement. When we exercise this right, we may reduce funds in any account you hold with us for purposes of paying the amount of the debt, either due or past due, that is owed to us as allowed by the laws governing your account. Our right of setoff won't apply if it would invalidate the tax-deferred status of any tax-deferred retirement account (e.g., a SEP or an IRA) you keep with us. To review a copy of your Deposit Account Agreement, including the provisions related to the right of setoff, please visit wellsfargo.com/online-banking/consumer-account-fees/.

NEW YORK CITY CUSTOMERS ONLY -- Pursuant to New York City regulations, we request that you contact us at 1-800-TO WELLS (1-800-869-3557) to share your language preference.

## Important Information You Should Know

- To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts: Wells Fargo Bank, N.A. may furnish information about deposit accounts to Early Warning Services. You have the right to dispute the accuracy of information that we have furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058. Include with the dispute the following information as available: Full name (First, Middle, Last), Complete address, The account number or other information to identify the account being disputed, Last four digits of your social security number, Date of Birth. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

- In case of errors or questions about other transactions (that are not electronic transfers): Promptly review your account statement within 30 days after we made it available to you, and notify us of any errors.

- If your account has a negative balance: Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect recurring deposits and payments to another account. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

- To download and print an Account Balance Calculation Worksheet (PDF) to help you balance your checking or savings account, enter www.wellsfargo.com/balancemyaccount in your browser on either your computer or mobile device.

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**
A. The ending balance
   shown on your statement . . . . . . . . . . . . . . . . . . . . . . . $ _____

**ADD**
B. Any deposits listed in your          $ _____
   register or transfers into           $ _____
   your account which are not           $ _____
   shown on your statement.            + $ _____

   . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**CALCULATE THE SUBTOTAL**
   (Add Parts A and B)
   . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
   .                                    TOTAL $ _____

**SUBTRACT**
C. The total outstanding checks and
   withdrawals from the chart above . . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
   (Part A + Part B - Part C)
   This amount should be the same
   as the current balance shown in
   your check register . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____

| Number | Items Outstanding | Amount |
|--------|-------------------|--------|
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   | Total amount  $ |

©2021 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801