**IN THE UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FT. MYERS DIVISION**

IN RE:

H2O INVESTMENT PROPERTIES, LLC,    Case No. 2:23-bk-00373-FMD
                                   Chapter 11, Subchapter V

    Debtor
_____/

**MOTION TO COMPEL PAYMENT OF SUBCHAPTER V**
**TRUSTEE FEES FROM THE DEBTOR AND RONALD SAPP**

    Michael C. Markham, Subchapter V Trustee, hereby moves this Court to enter an order compelling both the Debtor and Ronald Sapp to pay court-approved subchapter V trustee fees, and states:

    1.    On August 23, 2023, this Court entered an Order Approving First Application of Subchapter V Trustee for Allowance and Payment of Compensation (Doc. 96) directing immediate payment of $3,952.50, including application of interim trustee compensation paid during the case. After application of $2,000 in interim payments, $1,952.50 is still owed on the First Application. On November 8, 2023, this Court entered an Order Approving Second Application of Subchapter V Trustee for Allowance and Payment of Compensation (Doc. 126) directing immediate payment in the amount of $3,384.49. The total amount outstanding and past due in Subchapter V Trustee fees is $5,336.99.

    2.    Pursuant to the Confirmed Plan (Doc. 90) and the Confirmation Order (Doc. 113), Ronald Sapp is personally obligated for all allowed administrative expenses in this case, including Subchapter V Trustee fees.

3. Notwithstanding entry of orders allowing Subchapter V Trustee fees and subsequent demand made on the Debtor and Mr. Sapp, the court-awarded fees of the Subchapter V Trustee have not been paid.

4. The Court should enter an order compelling the payment of all outstanding Subchapter V Trustee fees, including entry of judgment against the Debtor and Mr. Sapp, individually.

WHEREFORE, the Subchapter V Trustee requests an order granting this Motion, including entry of judgment against the Debtor and Mr. Sapp, individually.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing has been served this 28th day of November, 2023, on the CM/ECF participants via Electronic Service Text Entry, and electronically to Ronald Sapp at ronnieglenn500@gmail.com

.

    /s/ Michael C. Markham
Michael C. Markham, FBN: 0768560
Johnson, Pope, Bokor, Ruppel, & Burns, LLP
401 E. Jackson Street, Suite 3100
Tampa, FL 33602
Telephone: (813) 225-2500
Facsimile: (813) 223-7118
Subchapter V Trustee

9238054_1