UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION
www.flmb.uscourts.gov

In re:                                                    Case No. 2:23-bk-00373-FMD
                                                          Chapter 11

H2O Investment Properties, LLC,

                Debtor.

_____/

**AMENDED
EXPEDITED
MOTION TO ENFORCE
THE AUTOMATIC STAY AND
FOR FEES, COSTS, AND DAMAGES
AGAINST (I) THE BANK OF NEW YORK
MELLON FKA THE BANK OF NEW YORK
AS TRUSTEE FOR THE CERTIFICATE HOLDERS
OF THE CWALT, INC., ALTERNATIVE LOAN TRUST
2007-OA4 MORTGAGE PASSTHROUGH CERTIFICATES,
SERIES 2007-OA4, AND ZBS LAW, LLP AS COUNSEL FOR SAME, AND
(II) PLANET HOME LENDING, LLC, AS SERVICER FOR BCMB1 TRUST**

**(Request for Expedited Consideration December 4, 2023 at 1:30 p.m. EST)**

H2O Investment Properties, LLC, the above-captioned debtor and debtor in possession ("Debtor"), by and through the undersigned proposed counsel, pursuant to section 105(a) of Title 11 of the United States Code ("Bankruptcy Code") and this Court's inherent powers, files this Amended Expedited Motion to Enforce the Automatic Stay and for Fees, Costs, and Damages Against (I) The Bank of New York Mellon fka the Bank of New York as Trustee for the Certificate Holders of the CWALT, Inc., Alternative Loan Trust 2007-OA4 Mortgage Passthrough Certificates, Series 2007-OA4, and ZBS Law, LLP as Counsel for Same, and (II) Planet Home Lending, LLC, as Servicer for BCMB1 Trust (this "Motion") and, as grounds therefor, respectfully states the following:

## JURISDICTION

1.      The United States District Court for the Middle District of Florida (this "Court")

is the proper venue for the above-captioned Chapter 13 bankruptcy case (this "Case") pursuant to

28 U.S.C. §§ 89(b), 1408(1), and 1409. This Court's Fort Myers Division is the appropriate place

to hold court for the Case pursuant to Local Rule 1071-1(b)(4).

2.      Consideration of this Motion is a core proceeding under 28 U.S.C. § 157(b)(2),

and the statutory bases for this Motion include Bankruptcy Code section 105(a).

## BACKGROUND

3.      The Debtor owns that certain real property, located at 30620 SW Rose Lane,

Wilsonville, Oregon 97070 (the "Real Property"). The Real Property is more precisely described

as follows:

> **Lot 2, Buck's Landing, in the City of Wilsonville, County of
> Clackamas and State of Oregon as recorded in Plat Book 120,
> Page 8, of the Public Records of Clackamas County, Oregon.**

4.      On April 2, 2023 (the "Petition Date"), the Debtor filed its voluntary petition for

small business debtor reorganizational relief under Chapter 11, Subchapter V of the Bankruptcy

Code.

5.      On June 12, 2023, Planet Home Lending, LLC, as Servicer for BCMB1 Trust

("BCMB1") filed Proof of Claim No. 2, asserting a security interest in the Real Property.

6.      On or around July 13, 2026, The Bank of New York Mellon fka the Bank of New

York as Trustee for the Certificate Holders of the CWALT, Inc., Alternative Loan Trust 2007-

OA4 Mortgage Passthrough Certificates, Series 2007-OA4 (the "Bank") obtained a Writ of

Execution ("Writ") from the Circuit Court of the State of Oregon for the County of Clackamas

("Oregon Court"). Pursuant to the Writ, the Clackamas County Sheriff ("Sheriff") issued a

"Notice of Sheriff's Sale (Real Property)" ("Notice of Sale"). The Notice of Sale is attached

hereto as Exhibit "A".

7.      The Notice of Sale provided that the Sheriff would hold a sheriff's sale ("Sheriff's Sale") on September 6, 2023 to sell the Real Property. Ex. A at 1.

8.      On August 8, 2023, the Debtor's counsel ("Debtor's Counsel") emailed the Bank's Oregon Court counsel at ZBS Law, LLP ("Bank's Counsel") and the Sheriff regarding the Notice of Sale, noting the automatic stay under Bankruptcy Code section 362 ("Automatic Stay") was in effect as to the Real Property, and demanded the Bank's Counsel provide proof the Sheriff's Sale was cancelled. A true and correct copy of emails exchanged between the Debtor's Counsel and the Bank's Counsel is attached hereto as Composite Exhibit "B".

9.      On August 11, 2023, the Debtor filed its First Amended Plan of Reorganization for Small Business Under Chapter 11, Subchapter V (Doc. No. 90) ("Plan"). The Plan provides that, within sixty (60) days from its effective date, the Debtor must refinance the Real Property, or will otherwise be forced to surrender the Real Property. Plan at 3.

10.     On August 15, 2023, the Bank's Counsel emailed the Debtor's Counsel to state the Sheriff's Sale was postponed, and that they were working with the Sheriff to cancel the Sheriff's Sale. Comp. Ex. B at 7. The Debtor's Counsel again requested proof the Sheriff's Sale was canceled. *Id*. at 6.

11.     From August 15, 2023 through and including September 23, 2023, the Bank's Counsel did not provide evidence the Sheriff's Sale was cancelled.

12.     On September 5, 2023, this Court entered an (the "Agreed Order"), which provided, in relevant part, that BCMB1 would be "granted two-year prospective relief from the automatic stay effective 60 days from the Chapter 11 Plan of Reorganization's effective date." Agreed Order at 2, ¶ 2.

13.     On September 12, 2023, the Bank filed Proof of Claim No. 4, requesting notice to NewRez LLC d/b/a Shellpoint Mortgage Servicing.[1]

14.     On September 18, 2023, this Court entered its Order (I) Confirming First Amended Plan of Reorganization for Small Business Under Chapter 11, Subchapter V, as Further Amended and Modified Herein; and (II) Setting Post-Confirmation Status Conference (Doc. No. 113) ("Confirmation Order"). The Confirmation Order provided, in relevant part, as follows:

> "As provided for in the Plan, *in the event that* either the the [sic] Wilsonville Property or the West Linn Property is deemed surrendered, the Creditors holding secured claims against such property will not have any *in personam* recourse against the Debtor or the estate on account of their claims and the automatic stay shall be deemed modified in favor of such creditors."

Confirmation Order at 9, ¶ 5 (alterations added).

15.     On September 24, 2023, the Debtor's Counsel again emailed the Bank's Counsel to demand that the Sheriff's Sale be cancelled immediately, as the Debtor was encountering difficulties refinancing or selling the Real Property. Comp. Ex. B at 5.

16.     On September 25, 2023, the Bank's Counsel responded by stating they were waiting to hear from the Bank's Florida counsel before acting on the Sheriff's Sale. *Id*. at 4. The Debtor's Counsel responded later that day to note the Bank's Counsel did not need to hear from the Bank's Florida counsel to cancel the Sheriff's Sale. *Id*. at 3.

---

[1] The Bank was noticed, referenced, and treated in the Plan as "Shellpoint."

17.     From September 26, 2023 through and including October 4, 2023, the Bank's Counsel did not provide evidence the Sheriff's Sale was cancelled.

18.     After the Petition Date, but not later than September 30, 2023, BCMB1 installed a lockbox on the Real Property. BCMB1 did not remove the lockbox.

19.     On October 5, 2023, the Debtor's Counsel again reached out to the Bank's Counsel to demand the Sheriff's Sale be withdrawn, noting the harm the pending Sheriff's Sale inflicted on other creditors, and copying Subchapter V Trustee Michael C. Markham (the "Subchapter V Trustee"). *Id*. at 2. The Subchapter V Trustee quickly followed up on the email from the Debtor's Counsel, reiterating the Automatic Stay was in effect and demanding the Sheriff's Sale be withdrawn. *Id*.

20.     On October 6, 2023, the Bank's Counsel responded to the Subchapter V Trustee, arguing the Sheriff's Sale was permitted. *Id*. at 1.

21.     From October 7, 2023 to the date of filing, the Bank's Counsel has not cancelled the Sheriff's Sale or provided evidence of its cancellation.

22.     In furtherance of its goal of refinancing—rather than surrendering—the Real Property, the Debtor was required to schedule an appraisal thereof for November 13, 2023.

23.     Not later than November 13, 2023, BCMB1 placed another lockbox on the Real Property, preventing the scheduled appraisal, and thereby preventing the Debtor from being able to timely refinance as contemplated by the Plan. A true and correct photo of the lockbox on the Real Property is attached as Exhibit "C".

24.     At all times relevant to this Motion, the Bank, Bank's Counsel, and BCMB1 were aware of the Plan, Confirmation Order, and their terms.

25.     The Debtor continues to operate its business as a debtor in possession pursuant to Bankruptcy Code section 1184. No creditors' or equity security holders' committees have been appointed in this Case.

26.     The Automatic Stay remains in effect as to the Real Property.

## RELIEF REQUESTED

27.     The Debtor respectfully requests this Court enter an order: (i) granting this Motion; (ii) enforcing the Automatic Stay as to the Real Property; (iii) awarding the Debtor attorneys' fees, costs, actual damages, and punitive damages; and (iv) granting the Debtor such other and further relief as this Court deems just and proper.

## BASES FOR RELIEF REQUESTED

28.     This Court should grant this Motion because, despite knowledge of the Plan, Confirmation Order, and the terms thereof: (i) the Bank and Bank's counsel willfully and recklessly violated the Automatic Stay by setting, and refusing to cancel, the Sheriff's Sale; and (ii) BCMB1 willfully and recklessly violated the Automatic Stay by repeatedly installing lockboxes on the Real Property.

29.     The Debtor has had difficulty refinancing or selling the Real Property because of the pending Sheriff's Sale, and the Bank and Bank's Counsel knew of those difficulties. The Bank and Bank's counsel were repeatedly notified of the Automatic Stay, and the consequences of its violation. Despite frequent requests to cancel the Sheriff's Sale, and their knowledge of the Plan's terms, the Bank and Bank's counsel did not do so. The Confirmation Order did not authorize the Bank to schedule the Sheriff's Sale, retroactively or otherwise. Their actions were intentional, objectively unreasonable, and reckless.

30.     BCMB1, knowing of the Plan, Confirmation Order, and their respective terms, knowingly and repeatedly caused installation of a lockbox on the Real Property, preventing an acceptable appraisal necessary to refinance the Real Property. The Agreed Order did not authorize BCMB1 to install lockboxes on the Real Property on or prior to December 4, 2023. BCMB1's actions were intentional, objectively unreasonable, and reckless.

31.     The Debtor's ability to refinance the Real Property pursuant to the Plan, as confirmed, has been irreparably harmed because of the Bank, Bank's Counsel, and BCMB1. Specifically, the Debtor's refinancing cannot take place until weeks after the Plan's deadline. The Debtor may now need to file a motion to modify the confirmed Plan to maximize value to the Debtor's bankruptcy estate. Damages are accruing.

32.     While Bankruptcy Code section 362(k) itself does authorize damages to corporate debtors injured by willful violations of the Automatic Stay, this Court has the authority to award the Debtor attorneys' fees, costs, and damages pursuant to Bankruptcy Code section 105(a). *In re Hedetneimi*, 297 B.R. 837, 839 at n.1 (Bankr. M.D. Fla. 2003) (Funk, J.).

33.     The Debtor agreed to pay the undersigned counsel reasonable fees for their services.

WHEREFORE, the Debtor respectfully requests this Court enter an order: (i) granting this Motion; (ii) enforcing the Automatic Stay as to the Real Property; (iii) awarding the Debtor attorneys' fees, costs, actual damages, and punitive damages; and (iv) granting the Debtor such other and further relief as this Court deems just and proper.

**Dated**: December 1, 2023

Respectfully submitted,

**DAL LAGO LAW**
999 Vanderbilt Beach Road
Suite 200
Naples, FL 34108
Telephone: (239) 571-6877

By: */s/ Christian Garrett Haman*
MICHAEL R. DAL LAGO
Florida Bar No. 102185
Email: mike@dallagolaw.com
CHRISTIAN GARRETT HAMAN
Florida Bar No. 1017079
Email: chaman@dallagolaw.com
JENNIFER M. DUFFY
Florida Bar No. 1028911
Email: jduffy@dallagolaw.com

*Counsel for H2O Investment Properties, LLC,
Debtor and Debtor in Possession*

## CERTIFICATE OF SERVICE

I CERTIFY that on this 1st day of December 2023, a true and correct copy of the foregoing shall be electronically served: (i) through this Court's CM/ECF Noticing system upon entry to all parties registered for service including: **United States Trustee – FTM**, 501 E. Polk Street, Suite 1200, Tampa, Florida 33602, **Michael C. Markham**, **Subchapter V Trustee**, 401 E. Jackson Street, Suite 3100, Tampa, FL 33602, **Wanda D. Murray**, **Bankruptcy Counsel for The Bank of New York Mellon fka the Bank of New York as Trustee for the Certificate Holders of the CWALT, Inc., Alternative Loan Trust 2007-OA4 Mortgage Passthrough Certificates, Series 2007-OA4, Aldridge Pite, LLP**, Six Piedmont Center, 3525 Piedmont Road, N.E., Suite 700, Atlanta, Georgia 30305, and **Melbalynn Fisher, Esq., Counsel for Planet Home Lending, LLC, as Servicer for BCMB1 Trust**, Ghidotti | Berger, LLP, 1031 North Miami Beach Blvd., North Miami Beach, FL 33162; and (ii) via First Class U.S. Mail to **Officer, NewRez LLC d/b/a Shellpoint Mortgage Servicing**, P.O. Box 10826, Greenville, SC 29603-0826, **Managing Attorney**, **ZBS Law, LLP**, 5 Centerpointe Dr., Suite 400, Lake Oswego, Oregon 97035, and **Manager, Planet Home Lending, LLC, as Servicer for BCMB1 Trust**, 321 Research Parkway, Suite 303, Meriden, CT 06450.

*/s/ Christian Garrett Haman*
CHRISTIAN GARRETT HAMAN
Florida Bar No. 1017079

# EXHIBIT A



# CLACKAMAS COU
# SHERIFF

**Sheriff Angela Brandenburg**
Jesse Ashby, Undersheriff
Michael Copenhaver, Undersheriff
Jenna Morrison, Undersheriff

STATE OF OREGON

County of Clackamas

Court Case No. 18CV51697

Sheriff's Case No. 23-20020

## NOTICE OF SHERIFF'S SALE
## (REAL PROPERTY)

On <u>September 6, 2023, at 10:00 AM</u> inside the auditorium of the Clackamas County Sheriff's Office at 9101 SE Sunnybrook Blvd., Clackamas, OR (handicap accessible), I will sell at public oral auction to the highest bidder for cash, or certified check, in hand, the following described real property, subject to redemption, located in Clackamas County, Oregon, to wit:

LOT 2, BUCK'S LANDING, IN THE CITY OF WILSONVILLE, CLACKAMAS COUNTY, OREGON. EXCEPTING THEREFROM:

A TRACT OF LAND LOCATED IN THE NORTHEAST ONE-QUARTER OF SECTION 24, TOWNSHIP 3 SOUTH, RANGE 1 WEST OF THE WILLAMETTE MERIDIAN, IN THE CITY OF WILSONVILLE, CLACKAMAS COUNTY, OREGON BEING A PORTION OF LOT 2, BUCK'S LANDING, AS RECORDED IN BOOK 120, PAGE 8, CLACKAMAS COUNTY PLAT RECORDS, SAID TRACT MORE PARTICULARY DESCRIBED AS FOLLOWS:

BEGINNING AT A POINT ON THE EASTERLY LINE OF SAID LOT 2 THAT BEARS SOUTH 33°49'32" EAST, A DISTANCE OF 84.65 FEET FROM THE MOST NORTHERLY PROPERTY CORNER, THENCE NORTH 89°06'12" EAST 43.92 FEET; THENCE SOUTH 00°55'15" EAST 67.86 FEET AND THENCE NORTH 33°49'32" WEST 83.83 FEET TO THE POINT OF BEGINNING. TOGETHER WITH THAT ACCESS EASEMENT AS DELINEATED ON PLAT OF BUCK'S LANDING

APN: 05003796

The property is commonly known as: 30620 SW ROSE LANE, WILSONVILLE, OR 97070

Said sale is made pursuant to a Writ of Execution dated July 13, 2023, issued out of the Circuit Court of the State of Oregon for the County of Clackamas, to me directed where THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2007-OA4 MORTGAGE PASSTHROUGH CERTIFICATES, SERIES 2007- OA4, is plaintiff, and BRAD K. HIDAY, an individual; KARA L. ROSE, an individual; MELINDA HIDAY, an individual; MIDLAND FUNDING LLC; TURNING LEAFHOMES, LLC; MORTGAGE ELECTRONIC REGISTRATION

*A Tradition of Service Since*



Civil Divison: 807 Main Steet, Room 100,                    ty, Or  n 97045
Phone: 503-655-8351 opt. 3   Fax: 503-650-3(         w.C   CoSheriff.us

SYSTEMS, INC.; BANK OF AMERICA, N.A. AS SUCCESSOR TO COUNTRYWIDE BANK, N.A.; and ALL OTHER UNKNOWN PARTIES CLAIMING ANY RIGHT, TITLE, LIEN OR INTEREST IN THE REAL PROPERTY COMMONLY KNOWN AS 30620 SW ROSE LANE, WILSONVILLE, OR 97070, is/are defendant(s).

Pre-sale registration is required and must be made by emailing ccsocivilsales@clackamas.us.

## DOORS OPEN AT 9:15 AM / AUCTION BEGINS AT 10:00 AM

COVID-19 DISCLAIMER: Clackamas County Sheriff's Office (CCSO) has implemented appropriate measures and safeguards regarding COVID-19, however, there exists a risk of the spread of COVID-19 in any group, social or public setting, location or event. The use of face coverings is optional. Presence at CCSO could increase your risk of contracting COVID-19. CCSO disclaims any liability for exposure to COVID-19 and by your entry or presence at CCSO or county property you voluntarily assume all risks and agree you will not hold CCSO or its related parties liable to any resulting illness and injury.

### NOTICE TO DEBTOR, READ THIS SECTION CAREFULLY

- You should be careful about offers to sell rights to surplus funds.
- You may have a right to surplus funds remaining after payment of costs and satisfaction of the judgment, as provided in ORS 18.950(4).
- If you transfer or sell your right to redemption, you might not have the right to surplus funds.

### PROSPECTIVE BIDDERS, READ THIS SECTION CAREFULLY

Before bidding at the sale a prospective bidder should independently investigate:

(a) The priority of the lien or interest of the judgment creditor;
(b) Land use laws and regulations applicable to the property;
(c) Approved uses for the property;
(d) Limits on the farming or forest practices on the property;
(e) Rights of neighboring property owners; and
(f) Environmental laws and regulations that affect the property.

Interested parties can obtain additional information about this sale, including the creditor's written bid (if received), postponements and final sale prices by going to: www.clackamas.us/sheriff then Units & Services, then click on the dropdown for Popular Services and then Civil Foreclosure Sales.

CONDITIONS OF SALE: All registered bidders are subject to inspection of funds prior to participation in the auction. Individuals without proof of sufficient funds will not be allowed to participate. Only U.S. currency and/or certified cashier's checks made payable to Clackamas County Sheriff's Office will be accepted. Payment must be made in full immediately upon close of sale. Only the judgment creditor who obtained the writ may credit bid up to the writ amount plus allowable costs. The judgment creditor must have cash or cashier's check in hand for any difference above the amount of the writ and allowable costs.

Judgment Creditor's Attorney:
ZBS Law, LLP
c/o Amber L. Labrecque
5 Centerpointe Dr., Ste. 400
Lake Oswego, OR 97035
(503) 946-6558

Posted at: www.oregonsheriffssales.org

ANGELA BRANDENBURG, SHERIFF
Clackamas County, Oregon

By: _____
   Adrianna Ramirez
   Management Analyst, Senior

# COMPOSITE EXHIBIT B

**From:** Mike C. Markham <MikeM@jpfirm.com>
**Date:** Friday, October 6, 2023 at 9:07 PM
**To:** Jeff Myers <jmyers@zbslaw.com>
**Cc:** Mike Dal Lago <mike@dallagolaw.com>, Amber Labrecque <alabrecque@zbslaw.com>, Natalie Barragan <nbarragan@zbslaw.com>, Jessica Lindsey <jlindsey@zbslaw.com>
**Subject:** Re: H2O Investment Properties, LLC, Debtor, Chapter 11 Case No. 2:23-bk-00373-FMD, Middle District of Florida

When and how was the Dec 13 sale date set?

Sent from Mike Markham's iPhone


On Oct 6, 2023, at 7:46 PM, Jeff Myers <jmyers@zbslaw.com> wrote:


Good afternoon Mr. Markham,

The Debtor's Amended Chapter 11 Plan (Dkt 11), provides that the Wilsonville Property (30620 SW Rose Lane, Wilsonville, OR 97070) will either be refinanced, sold or surrendered and the Automatic Stay will terminate within 60 days of the Effective Date of the Plan. *See* pages 3-4 of Dkt 11. Based on Section 8.02 of the Confirmed Plan (see page 27 of Dkt. 11) the Effective Date is 14 days after entry of the final Order Confirming Plan. The docket indicates that the Plan was confirmed on 8-28-23 which would mean the Effective Date would be 9-11-23 and the 60 Days would run from there, concluding on November 10, 2023. The sale date is for December 13, 2023, more than 30 days after the Debtor's plan indicates that the property will have been surrendered and stay will have terminated if the property is not refinanced. Obviously if the debtor refinances and pays off before that time there will be no sale.

Regards,

Jeff Myers

---

**From:** Mike C. Markham <MikeM@jpfirm.com>
**Sent:** Thursday, October 5, 2023 2:01:13 PM
**To:** Mike Dal Lago <mike@dallagolaw.com>; Jeff Myers <jmyers@zbslaw.com>; Amber Labrecque <alabrecque@zbslaw.com>
**Cc:** Natalie Barragan <nbarragan@zbslaw.com>; Jessica Lindsey <jlindsey@zbslaw.com>
**Subject:** RE: H2O Investment Properties, LLC, Debtor, Chapter 11 Case No. 2:23-bk-00373-FMD, Middle District of Florida

I'm not sure what's going on here but in this case all property of the Debtor remains property of the bankruptcy estate protected by the automatic stay.  Please confirm that any sheriff's sale has been withdrawn.  Thank you.

Michael C. Markham
Subchapter V Trustee
401 E. Jackson St., Suite 3100
Tampa, FL 33601
mikem@jpfirm.com
(727) 480-5118

---

**From:** Mike Dal Lago <mike@dallagolaw.com>
**Sent:** Thursday, October 5, 2023 4:17 PM
**To:** Jeff Myers <jmyers@zbslaw.com>; Amber Labrecque <alabrecque@zbslaw.com>
**Cc:** Natalie Barragan <nbarragan@zbslaw.com>; Jessica Lindsey <jlindsey@zbslaw.com>; Mike C. Markham <MikeM@jpfirm.com>
**Subject:** Re: H2O Investment Properties, LLC, Debtor, Chapter 11 Case No. 2:23-bk-00373-FMD, Middle District of Florida

**This message originated from outside Johnson, Pope, Bokor, Ruppel, & Burns, LLP**

---

Jeff:

What is the status?  This is delaying the case and inhibiting the Debtor's ability to obtain financing to the detriment of ALL of its creditors.

I have copied the Subchapter V Trustee on this email.

Please withdraw the Sheriff's sale immediately.

Mike
**Board Certified — Business Bankruptcy Law**

[Please Click This Link To Schedule A Call Or Other Appointment](#)

**DAL LAGO LAW**
FL Offices:  239.571.6877 (*Please use during Business Hours*)
Cell/Text:  201.417.8229

<image001.png>

<image002.png>

<image003.png>

---

**From:** Mike Dal Lago <[mike@dallagolaw.com](mailto:mike@dallagolaw.com)>
**Date:** Monday, September 25, 2023 at 5:35 PM
**To:** Jeff Myers <[jmyers@zbslaw.com](mailto:jmyers@zbslaw.com)>, Amber Labrecque <[alabrecque@zbslaw.com](mailto:alabrecque@zbslaw.com)>
**Cc:** Natalie Barragan <[nbarragan@zbslaw.com](mailto:nbarragan@zbslaw.com)>, Jessica Lindsey <[jlindsey@zbslaw.com](mailto:jlindsey@zbslaw.com)>
**Subject:** Re: H2O Investment Properties, LLC, Debtor, Chapter 11 Case No. 2:23-bk-00373-FMD, Middle District of Florida

Right, but aren't you handling the Oregon Sheriff's sale?   Florida counsel is not necessary for you to cancel the sale.

I need this done right away please.

Mike
**Board Certified — Business Bankruptcy Law**

[Please Click This Link To Schedule A Call Or Other Appointment](#)

**DAL LAGO LAW**
FL Offices:  239.571.6877 (*Please use during Business Hours*)
Cell/Text:  201.417.8229

<image001.png>

<image002.png>

<image003.png>

---

**From:** Jeff Myers <[jmyers@zbslaw.com](mailto:jmyers@zbslaw.com)>
**Date:** Monday, September 25, 2023 at 12:00 PM
**To:** Mike Dal Lago <[mike@dallagolaw.com](mailto:mike@dallagolaw.com)>, Amber Labrecque <[alabrecque@zbslaw.com](mailto:alabrecque@zbslaw.com)>

**Cc:** Natalie Barragan <[nbarragan@zbslaw.com](mailto:nbarragan@zbslaw.com)>, Jessica Lindsey <[jlindsey@zbslaw.com](mailto:jlindsey@zbslaw.com)>
**Subject:** RE: H2O Investment Properties, LLC, Debtor, Chapter 11 Case No. 2:23-bk-00373-FMD, Middle District of Florida

Good morning mike,

Our firm is not handling the BK in Florida. I have reached out to them to have them weigh in on this and will advise as soon as I hear back, but it typically takes a day to get a response, so I may not have a response for you until tomorrow or Wednesday. We will not be conducting a sale while the Automatic Stay is in effect.

Also, please advise as to where in the confirmed Plan the 60 day sell or surrender provision as relates to the Property is located. I did not see that language in the confirmed plan.

Regards,

**Jeffrey A. Myers, Esq.**
ZBS Law, LLP
Managing Attorney | Oregon
5 Centerpointe Dr., Suite 400
Lake Oswego, OR 97035
P: 503-946-6558 x 801|F: (503) 296-2884
Mail to: [jmyers@ZBSlaw.com](mailto:jmyers@ZBSlaw.com)


[<image004.png>](#)


<image005.png>


[<image006.png>](#)


*Providing Legal Services to the Mortgage Services Industry since 1990*
*Representation in: CA l AZ l  NV l  WA l OR*

Notice of Confidentiality & Electronic Privacy Notice:  This e-mail message and its attachments, if any, is inclusive and protected by electronic communications privacy laws and is proprietary in nature to ZBS Law, LLP ("Company"), and is intended solely for the use of the addressee hereof.  Please be advised that this message, and the attachments, if any, may contain information that is confidential, privileged and exempt from disclosure under applicable law. If the reader of this message is not a specified and intended recipient, you are hereby notified and strictly prohibited from reading, retaining, disclosing, reproducing, distributing, disseminating or otherwise using this transmission.  The accidental delivery of this message to any person other than the intended recipient does not waive any rights, privilege or protection.  If you have received this message in error, please promptly notify the "Company" by reply e-mail or telephone and immediately delete this message from your system. You are further advised that this e-mail and any response thereto is the property of the Company and can be accessed and reviewed by the Company at any time.

**From:** Mike Dal Lago <[mike@dallagolaw.com](mailto:mike@dallagolaw.com)>

**Sent:** Sunday, September 24, 2023 1:57 PM
**To:** Jeff Myers <jmyers@zbslaw.com>; Amber Labrecque
<alabrecque@zbslaw.com>
**Cc:** Natalie Barragan <nbarragan@zbslaw.com>; Jessica Lindsey
<jlindsey@zbslaw.com>
**Subject:** Re: H2O Investment Properties, LLC, Debtor, Chapter 11 Case No. 2:23-
bk-00373-FMD, Middle District of Florida

Jeff/Amber:

The Debtor tells me that, because the Sheriff's Sale was merely postponed,
it is having difficult either refinancing or selling 30620 SW Rose Lane,
Wilsonville OR 97070 ("Real Property"). I ask that you please immediately
withdraw the postponed Sheriff's Sale completely from the public records.
Any delay in doing so will be deemed a violation of the automatic stay, for
which we will seek the Court's immediate intervention.

In that regard, please confirm that this will be done no later than the close of
business (Pacific Time) tomorrow, September 25, 2023. I am not trying to be
difficult, but this is incredibly important. I trust you understand.

Mike
**Board Certified — Business Bankruptcy Law**

Please Click This Link To Schedule A Call Or Other Appointment

**DAL LAGO LAW**
FL Offices: 239.571.6877 (*Please use during Business Hours*)
Cell/Text: 201.417.8229

<image001.png>

<image002.png>

<image003.png>

**From:** Mike Dal Lago <mike@dallagolaw.com>
**Date:** Tuesday, August 15, 2023 at 4:39 PM
**To:** Jeff Myers <jmyers@zbslaw.com>, Amber Labrecque
<alabrecque@zbslaw.com>
**Cc:** Natalie Barragan <nbarragan@zbslaw.com>
**Subject:** Re: H2O Investment Properties, LLC, Debtor, Chapter 11 Case No.
2:23-bk-00373-FMD, Middle District of Florida

Thank you.   Can you please send me confirmation of the cancellation?

Mike
**Board Certified — Business Bankruptcy Law**

[Please Click This Link To Schedule A Call Or Other Appointment](#)

**DAL LAGO LAW**
FL Offices:  239.571.6877 (*Please use during Business Hours*)
Cell/Text:  201.417.8229

<image001.png>

<image002.png>

<image003.png>

---

**From:** Jeff Myers <[jmyers@zbslaw.com](mailto:jmyers@zbslaw.com)>
**Date:** Tuesday, August 15, 2023 at 4:10 PM
**To:** Amber Labrecque <[alabrecque@zbslaw.com](mailto:alabrecque@zbslaw.com)>, Mike Dal Lago <[mike@dallagolaw.com](mailto:mike@dallagolaw.com)>
**Cc:** Natalie Barragan <[nbarragan@zbslaw.com](mailto:nbarragan@zbslaw.com)>
**Subject:** RE: H2O Investment Properties, LLC, Debtor, Chapter 11 Case No. 2:23-bk-00373-FMD, Middle District of Florida

Good afternoon Mr. Del Lago,

Amber has been out of the office. This sale has already been postponed. We are working with the Sheriff to cancel the sale.

Regards,

**Jeffrey A. Myers, Esq.**
ZBS Law, LLP
Managing Attorney | Oregon
5 Centerpointe Dr., Suite 400
Lake Oswego, OR 97035
P: 503-946-6558 x 801|F: (503) 296-2884
Mail to: [jmyers@ZBSlaw.com](mailto:jmyers@ZBSlaw.com)

[<image004.png>](#)

<image005.png>

[<image006.png>](#)

*Providing Legal Services to the Mortgage Services Industry since 1990*
***Representation in: CA | AZ | NV | WA | OR***

**Notice of Confidentiality & Electronic Privacy Notice:  This e-mail message and its attachments, if any, is**

inclusive and protected by electronic communications privacy laws and is proprietary in nature to ZBS Law, LLP ("Company"), and is intended solely for the use of the addressee hereof.  Please be advised that this message, and the attachments, if any, may contain information that is confidential, privileged and exempt from disclosure under applicable law. If the reader of this message is not a specified and intended recipient, you are hereby notified and strictly prohibited from reading, retaining, disclosing, reproducing, distributing, disseminating or otherwise using this transmission.  The accidental delivery of this message to any person other than the intended recipient does not waive any rights, privilege or protection.  If you have received this message in error, please promptly notify the "Company" by reply e-mail or telephone and immediately delete this message from your system. You are further advised that this e-mail and any response thereto is the property of the Company and can be accessed and reviewed by the Company at any time.

**From:** Amber Labrecque <alabrecque@zbslaw.com>
**Sent:** Tuesday, August 15, 2023 10:14 AM
**To:** Jeff Myers <jmyers@zbslaw.com>
**Subject:** FW: H2O Investment Properties, LLC, Debtor, Chapter 11 Case No. 2:23-bk-00373-FMD, Middle District of Florida

FYI, as to this one.

Thank you,

**Amber L. Labrecque, Esq.**
ZBS Law, LLP
Managing Attorney l Oregon
5 Centerpointe Dr., Suite 400
Lake Oswego, OR 97035
P: 503-946-6558 x 802l F: (503) 296-2884
Mail to: alabrecque@ZBSlaw.com


<image004.png>


<image005.png>


<image006.png>


*Providing Legal Services to the Mortgage Services Industry since 1990*
***Representation in: CA l AZ l  NV l  WA l OR***

Notice of Confidentiality & Electronic Privacy Notice:  This e-mail message and its attachments, if any, is inclusive and protected by electronic communications privacy laws and is proprietary in nature to ZBS Law, LLP ("Company"), and is intended solely for the use of the addressee hereof.  Please be advised that this message, and the attachments, if any, may contain information that is confidential, privileged and exempt from disclosure under applicable law. If the reader of this message is not a specified and intended recipient, you are hereby notified and strictly prohibited from reading, retaining, disclosing, reproducing, distributing, disseminating or otherwise using this transmission.  The accidental delivery of this message to any person other than the intended recipient does not waive any rights, privilege or protection.  If you have received this message in error, please promptly notify the "Company" by reply e-mail or telephone and immediately delete this message from your system. You are further advised that this e-mail and any response thereto is the property of the Company and can be accessed and reviewed by the Company at any time.

**From:** Mike Dal Lago <mike@dallagolaw.com>
**Sent:** Tuesday, August 8, 2023 4:38 PM

**To:** Amber Labrecque <alabrecque@zbslaw.com>
**Cc:** CCSO Civil Sales <ccsocivilsales@clackamas.us>
**Subject:** H2O Investment Properties, LLC, Debtor, Chapter 11 Case No. 2:23-bk-00373-FMD, Middle District of Florida

Amber:

Please be advised that my firm represents H2O Investment Properties LLC ("Debtor") in connection with the above-referenced chapter 11 case that is pending in the United States Bankruptcy Court for the Middle District of Florida.  I have attached a copy of the Notice of Bankruptcy Case for your perusal.

I write with regard to the real property located at 30620 SW Rose Lane, Wilsonville OR 97070 ("Real Property").  Please note that the Debtor is the owner of the Real Property.  A copy of the deed is attached hereto. The Real Property is, therefore, an asset of the Bankruptcy Estate (*see* Section 541 of the Bankruptcy Code).

It has come to my attention that you are pursuing a foreclosure on the Real Property on behalf of your client Shellpoint Mortgage Servicing ("Shellpoint").  Please be advised that Shellpoint's actions are in violation of the automatic stay under Section 362 of the Bankruptcy Code.  We have contacted the Clackamas County Sheriff's Office (copied) and have provided them with information concerning the Bankruptcy case.   We are being told, however, that your office needs to cancel the foreclosure (which, from a bankruptcy perspective, is incorrect).

Can you please provide my office, by 5pm tomorrow, proof that the foreclosure has been cancelled.  Your failure to do so will be deemed a willful violation of the Automatic Stay and will force the Debtor to file a Motion to Enforce the Stay and seek sanctions.

I trust that you will timely comply with this request. If you have any questions, please contact me at your earliest convenience.  Our chapter 11 plan contemplates a full payment to your client.

Mike
**Board Certified — Business Bankruptcy Law**

Please Click This Link To Schedule A Call Or Other Appointment

**DAL LAGO LAW**
**Naples - Fort Myers – Hackensack**
FL Offices:  239.571.6877 (*Please use during Business Hours*)
Cell/Text:  201.417.8229
Website:  www.dallagolaw.com
*Licensed in Florida, New York, and New Jersey*

# EXHIBIT C

