

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

12/04/2023 01:30 PM

COURTROOM Room 4-102

HONORABLE CARYL DELANO

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| **2:23-bk-00373-FMD** | **11** | **04/02/2023** |

**Chapter 11**

**DEBTOR:**   H2O Investment Properties LLC

**DEBTOR ATTY:**   Jennifer Duffy

**TRUSTEE:**   Michael Markham

**HEARING:**

Continued Post Confirmation Status Conference   (Sub V Case)

**APPEARANCES:**:: Michael Dal Lago, Ben Lambers, Ronnie Sapp, Brandon Beachy, Lindsey Savastano, Melbalynn Fisher, Wanda Murray

**WITNESSES:**

**EVIDENCE:**

**RULING:**
Continued Post Confirmation Status Conference   (Sub V Case) -   Continued to 12/18/2023 at 3:00 pm, Announced in Open Court No Further Notice Given
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.