ORDERED.

Dated: January 18, 2024

*Caryl E. Delano*
Caryl E. Delano
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Case No. 2:23-bk-00373-FMD |
| | Chapter 11 |
| H2O Investment Properties, LLC, | |
| Debtor._____/ | |

**AGREED ORDER DENYING
AMENDED EXPEDITED MOTION TO
ENFORCE THE AUTOMATIC STAY, SOLELY AS TO
<u>PLANET HOME LENDING, LLC, AS SERVICER FOR BCMB1 TRUST</u>[1]
(Related Doc. No. 132)**

THIS MATTER came on without hearing upon the Expedited Motion to Enforce the Automatic Stay and for Fees, Costs, and Damages Against (I) The Bank of New York Mellon fka the Bank of New York as Trustee for the Certificate Holders of the CWALT, Inc., Alternative Loan Trust 2007-OA4 Mortgage Passthrough Certificates, Series 2007-OA4, and ZBS Law, LLP as Counsel for Same, and (II) Planet Home Lending, LLC, as Servicer for BCMB1 Trust (Doc. No. 132) ("Motion") filed by H2O Investment Properties, LLC, the

---

[1] This Order denies the Motion solely as to Planet Home Lending, LLC, as Servicer for BCMB1 Trust. The remainder of the Motion was resolved by the Agreed Order Resolving Amended Expedited Motion to Enforce the Automatic Stay as to the Bank of New York Mellon fka the Bank of New York as Trustee for the Certificate Holders of the CWALT, Inc., Alternative Loan Trust 2007-OA4 Mortgage Pass-through Certificates, Series 2007-OA4 (Doc. No. 141).

("Debtor"). Through the Motion, the Debtor seeks entry of an order enforcing the automatic stay as to the Debtor's real property and improvements thereon located at 30620 SW Rose Lane, Wilsonville, Oregon 97070 ("Property"), and awarding the Debtor attorneys' fees, costs, actual damages, and punitive damages, including against Planet Home Lending, LLC, as Servicer for BCMB1 Trust ("BCMB1"). By submission of this order for entry, the submitting counsel represents that the opposing party consents to its entry. Accordingly, it is

   **ORDERED**:

   1.   The Motion is DENIED as to BCMB1.

   2.   This Order shall be without prejudice as to BCMB1's ability to seek attorneys' fees arising from the Motion, including the Debtor's Motion to Modify Confirmed Plan (Doc. No. 133).

Christian Garrett Haman is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of the order.

| | |
|---|---|
| **Dated**: January 17, 2024 | Respectfully Submitted, |
| **GHIDOTTI │ BERGER, LLP**<br>**1031 North Miami Beach Blvd.**<br>**North Miami Beach, FL 33162**<br>Telephone: (305) 501-2808<br>Facsimile: (954) 780-5578 | **DAL LAGO LAW**<br>999 Vanderbilt Beach Road<br>Suite 200<br>Naples, FL 34108<br>Telephone: (239) 571-6877 |
| By: */s/ Melbalynn Fisher*<br>MELBALYNN FISHER<br>Florida Bar No. 107698<br>Email: bknotifications@ghidottiberger.com | By: */s/ Christian Garrett Haman*<br>MICHAEL R. DAL LAGO<br>Florida Bar No. 102185<br>Email: mike@dallagolaw.com<br>CHRISTIAN GARRETT HAMAN<br>Florida Bar No. 1017079<br>Email: chaman@dallagolaw.com<br>JENNIFER M. DUFFY<br>Florida Bar No. 1028911<br>Email: jduffy@dallagolaw.com |
| *Counsel for Planet Home Lending, LLC,*<br>*as Servicer for BCMB1 Trust* | |
| *Filer's Attestation: Pursuant to Local Rule 1001-2(e)(3) regarding signatures, Christian Garrett Haman attests that concurrence in the filing of this paper has been obtained* | *Counsel for*<br>*H2O Investment Properties, LLC,*<br>*Debtor and Debtor in Possession* |