ORDERED.

**Dated: March 06, 2024**

_Caryl E. Delano_
Caryl E. Delano
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION
www.flmb.uscourts.gov

IN RE:

H2O INVESTMENT PROPERTIES, LLC,                    Case No. 2:23-bk-00373-FMD

                                                   Chapter 11, Subchapter V

        Debtor.

_____/

### ORDER GRANTING MOTION TO COMPEL PAYMENT OF SUBCHAPTER V TRUSTEE FEES FROM DEBTOR AND RONALD SAPP
(Doc. No. 130)

**THIS CASE** came on for hearing on December 18, 2023, upon a Motion to Compel Payment of Subchapter V Trustee Fees from Debtor and Ronald Sapp (Doc. 130 – the "Motion"). For the reasons stated orally and recorded in open court, it is -

**ORDERED as follow:**

1.      The Motion is **GRANTED**.

2.      The Debtor and Ronald Sapp shall immediately pay $1,951.48 to Michael C. Markham, Subchapter V Trustee, 400 N. Ashley Drive, Suite 3100, Tampa, FL 33602.

* * *

Michael C. Markham, is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF, including Ronald Sapp, and file a proof of service within three (3) days of entry of this order.

9457833_1